**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

|  |  |
|---|---|
| CYNTHIA ADAMS, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>                              Defendants. | Civil Action No.:<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Cynthia Adams ("Plaintiff") brings this action on behalf of herself and all others similarly situated against Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon" or "Defendants"). Plaintiff makes the following allegations pursuant to the investigation of her counsel and based upon information and belief, except as to allegations specifically pertaining to herself and her counsel, which are based on personal knowledge.

## NATURE OF THE ACTION

1.        This is a putative class action lawsuit against Defendants for engaging in an illegal "automatic renewal" scheme with respect to their subscription plans for Amazon-branded products and services available exclusively to consumers who enroll in Defendants' auto-renewal membership programs (collectively, the "Amazon Subscriptions," enumerated below) through their website at https://www.amazon.com/ (the "Amazon Website") and/or their mobile application(s) and/or set-top device(s) (collectively, the "Amazon Apps") (together with Amazon Website, the "Amazon Platform"). Relevant to Plaintiff's allegations, when consumers sign up for the Amazon Subscriptions, Defendants enroll consumers in a program that automatically renews the Amazon Subscriptions from month-to-month or year-to-year and results in monthly or

annual charges to the consumer's credit card, debit card, or third-party payment account (collectively, "Payment Method"). In doing so, Defendants fail to provide the requisite disclosures and authorizations required under Virginia's Automatic Renewal law ("ARL"), Va. Code §§ 59.1-207.45, *et seq.*, in direct violation of Virginia's Consumer Protection Act ("VCPA"), Va. Code § 59.1-200(A)(58); *see also id.* § 59.1-207.49.

2.      Amazon is the world's largest online retailer and a prominent provider of cloud and web-based products and services, including the Amazon Subscriptions.[1] Defendants are thus considered "one of the most influential economic and cultural forces in the world,"[2] and Amazon is regarded as one of the world's most valuable brands. Relevant here, Defendants own and operate the Amazon Subscriptions. Defendants also own and operate the Amazon Platform, which is accessible via the Amazon Website or the Amazon Apps.

3.      Through the Amazon Platform, Defendants market, advertise, and sell to consumers in Virginia and throughout the United States paid memberships to the Amazon Subscriptions, among other things, including without limitation, the following automatic renewal

---

[1] *See* ZD Net, *Amazon AWS: The complete business guide to the world's leading cloud service provider* (Mar. 29, 2021), https://www.zdnet.com/article/amazon-aws-everything-you-should-know-about-the-largest-cloud-provider/ ("Amazon is the company most associated with 'the cloud,' in the minds of the general public. It also happens to be the world's largest e-retailer. Today, Amazon Web Services (AWS) is the world's largest provider of computing services accessible through the Web, from globally distributed servers in highly automated data centers. … Amazon Web Services, as was evident from the division's original name, enables Web sites to be hosted remotely. Since its inception, though, AWS has grown into the world's principal provider of virtual infrastructure — the operating systems, hypervisors, service orchestrators, monitoring functions, and support systems upon which the economy of the public cloud is based.") (emphasis added).

[2] PBS, *Amazon Empire: The Rise and Reign of Jeff Bezos* (Feb. 18, 2020), https://www.pbs.org/wgbh/frontline/film/amazon-empire/.

programs: Amazon Prime[3], Amazon Prime Video[4], Amazon Prime Video Channels[5], Amazon

Music Unlimited[6], Amazon Prime Book Box[7], Amazon Kids+[8], Kindle Unlimited[9], Audible[10],

---

[3] Amazon Prime (or "Prime") is a subscription-based automatic renewal program that provides paying subscribers in the United States with benefits otherwise unavailable to other Amazon customers without a paid Prime subscription, including Amazon Prime Video. Currently, a standard Prime subscription costs $14.99 per month or $139 per year. Additionally, Defendants offer a discounted Amazon Prime Student membership, which currently costs $7.49 per month or $69 per year.

[4] Amazon Prime Video (or "Prime Video"), which is offered as a standalone subscription or as part of the Prime subscription, primarily distributes films and television series produced by Amazon Studios or licensed to Amazon, as Amazon Originals, with the service also hosting content from other providers, content add-ons, live sporting events, and video rental and purchasing services. As a standalone subscription, Prime Video automatically renews at a standard rate of $8.99 per month.

[5] Amazon Prime Video Channels (or "Prime Video Channels") are optional content add-on subscriptions available, for an additional monthly fee, to consumers with a pre-existing Prime or Prime Video subscription. Prime Video Channels subscriptions provide on-demand or live streaming access to TV shows, movies, and other video content from over 100 premium third-party networks and other streaming entertainment channels, such as Epix, Starz, Discovery+, Cinemax, Curiosity Stream, Tastemade, Showtime, BET+, Paramount+, CBS All Access, Cinemax, and more. Prime Video Channel subscriptions renew on a monthly basis at various rates ranging from $3 to $29 per month, depending on the channel.

[6] Amazon Music Unlimited (or "Music Unlimited") is a premium music subscription service featuring tens of millions of songs and thousands of expert-programmed playlists and stations. Prime members can enroll in a Music Unlimited subscription at the renewal rate of $7.99 per month or $79 per year. Non-Prime customers pay $9.99 per month.

[7] Amazon Prime Book Box (or "Prime Book Box") is an automatically renewing subscription program available, for an additional monthly fee, exclusively to Amazon Prime members, which delivers a box of children's books to customers on monthly intervals. With Prime Book Box, subscribers receive a delivery of curated children's books every 1, 2, or 3 months, depending on the user's selection. Each Prime Book Box costs $22.99 per box (plus tax), and contains four board books or beautiful hardcover books.

[8] Amazon Kids+ (formerly "FreeTime Unlimited") is a paid subscription that provides kids aged 3 to 12 years access to age-appropriate books, movies, and TV shows. Prime members can enroll in a Music Unlimited subscription at the renewal rate of $4.99 per month or $48 per year, plus applicable taxes. *See* https://www.amazon.com/ftu/home. Non-Prime customers pay $7.99 per month plus tax. *Id.*

[9] Kindle Unlimited is an automatically renewing subscription program that provides paying subscribers access to an unlimited quantity of eBooks and audiobooks, and up to three magazine

ComiXology Unlimited[11], Amazon Subscription Boxes[12], Blink for Home[13], and Amazon

Photos[14] (collectively, the "Amazon Subscriptions").

---

subscriptions, which the subscriber may download and retain.  Kindle Unlimited costs $9.99 per month, plus applicable taxes.

[10] Audible is a subscription-based automatic renewal program that allows paid subscribers to access and stream audiobooks or other forms of spoken word content from Defendants' expansive "Plus Catalog" (*i.e.*, the library of content available to paid Audible subscribers). Audible is offered in three different tiers: Audible Plus, Audible Premium Plus, and Audible Premium Plus Annual.  Currently, Audible Plus costs $7.95 per month, Audible Premium Plus costs $14.95 per month, and Audible Premium Plus Annual costs $149.50 per year.

[11] ComiXology Unlimited is an automatically renewing subscription program that provides paying subscribers access to a growing selection of thousands of titles, including comic books, graphic novels, and manga.  Currently, a Comixology Unlimited costs $5.99 per month, plus applicable tax.

[12] Amazon Subscription Boxes are automatically renewing subscription programs that provide paying subscribers monthly deliveries of curated products within themed product categories such as beauty, grocery & snacks, lifestyle, toys, and more.  Amazon offers more than 200 different monthly subscription boxes, including those from qualified third-party sellers.

[13] Blink for Home (or "Blink") is an automatically renewing subscription program that provides paying subscribers with extra features and benefits to be used with Blink-branded smart home security devices.  Blink subscription plans are only sold and managed on Amazon.com, and are offered in two different tiers: Blink Subscription Basic and Blink Subscription Plus.  Blink Subscription Basic covers currently costs $3 per month or $30 per year and includes 90 minutes continuous, motion detection video recording, live view recording, 60-day unlimited video history, rapid video access (whereby paying subscribers may instantly watch videos as soon as they are recorded), and video sharing.  Additionally, for paying subscribers with Blink Indoor and Outdoor cameras and/or the new Blink Video Doorbell, the Blink Subscription Basic provides photo capture, whereby images are captured periodically for more coverage.  Blink Subscription Plus currently costs $10 per month or $100 per year and includes all the benefits of the Basic plan, in addition to the ability to activate video recording for an unlimited number of devices per account (whereas the Basic subscription plan only covers 1 supported Blink device, an extra 10% off Blink devices at Amazon.com, and extended warranty coverage.

[14] Amazon Photos is a secure online subscription storage service for photos and videos. While *all* Amazon customers get 5GB of storage, and Prime subscribers get unlimited photo storage and 5GB of video storage, Defendants also offer a range of extra storage plans at an additional monthly or annual fee to Prime subscribers who want an Amazon Photos membership with the capacity to store more than 5GB of video.

4.    To sign up for any of Defendants' Amazon Subscriptions through the Amazon Platform, customers provide Defendants with their billing information and Defendants then automatically charge customers' Payment Method as payments are due, typically on a monthly or annual basis.  Defendants can unilaterally charge their customers renewal fees without their consent, as Defendants are in possession of their customers' billing information.  Thus, Defendants have made the deliberate decision to charge Plaintiff and other similarly situated customers on a monthly or yearly basis, absent their consent under the ARL, relying on consumer confusion and inertia to retain customers, combat consumer churn, and bolster their revenues.

5.    Pursuant to the Virginia ARL, online retailers that offer automatically renewing subscriptions to Virginia consumers must, *inter alia*: (a) "present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the consumer becomes obligated on the automatic renewal or continuous service offer and in visual proximity … to the request for consent to the offer," Va. Code § 59.1-207.46(A)(1); (b) obtain the consumer's affirmative consent to the agreement containing the automatic renewal terms or continuous service offer terms prior to charging their Payment Methods in connection with the automatic renewal or continuous service, *see id*. § 59.1-207.46(A)(2); and (c) provide an acknowledgement that includes clear and conspicuous disclosures regarding the required offer terms and identifies a cost-effective, timely, and easy-to-use mechanism for consumers to cancel their subscriptions, *see id*. §§ 59.1-207.46(A)(3), 59.1-207.46(B).  Further, if the offer includes a free trial, the retailer or supplier must disclose in the acknowledgment how to cancel the free trial before the consumer pays or becomes obligated to pay for the goods or services, *see id*. § 59.1-207.46(A)(3).  Additionally, "[e]ach supplier making automatic renewal or continuous service offers through an online website shall make available a conspicuous online option to cancel a recurring purchase of a good or service."  *Id*. § 59.1-207.46(A)(3).

6.     Consumers purchasing the Amazon Subscriptions do so either by choosing a free trial that automatically renews with a paid subscription at the end of the trial period, or a paid monthly or annual subscription (at either the full standard recurring rate that Defendants ordinarily charge, or at a promotional or discounted rate that remains static for a limited period of time, after which period the subscription then automatically renews at the full standard rate).  As will be discussed in detail below, the enrollment process for an Amazon Subscription on the Amazon Platform uniformly violates each of the core requirements of the Virginia ARL.

7.     Specifically, Defendants systematically violate the Virginia ARL by: (i) failing to present the automatic renewal offer terms in a clear and conspicuous manner before a subscription or purchasing agreement is fulfilled and in visual proximity to the request for consent to the offer, in violation of Section 59.1-207.46(A)(1) of the ARL; (ii) charging consumers' Payment Methods without first obtaining their affirmative consent to the agreement containing the automatic renewal offer terms, in violation of Section 59.1-207.46(A)(2) of the ARL; and (iii) failing to provide an acknowledgment that includes the automatic renewal offer terms and information regarding how to cancel in a manner that is capable of being retained by the consumer, in violation of Section 59.1-207.46(A)(3) of the ARL.  Additionally, the acknowledgment fails to disclose to consumers who participated in a free trial how to cancel the free trial before they pay or become obligated to pay for the goods or services, in further violation of Section 59.1-207.46(A)(3) of the ARL.  The acknowledgment also fails to disclose a toll-free telephone number or describe another cost-effective, timely, and easy-to-use mechanism for cancellation, and in fact Defendants make it exceedingly difficult and unnecessarily confusing for consumers to cancel their Amazon Subscriptions, in violation of Sections 59.1-207.46(A)(3) and 59.1-207.46(B) of the ARL.

8.      As a result, all goods, wares, merchandise, or products sent to Plaintiff and the Class under the automatic renewal or continuous service agreements are deemed to be "unconditional gifts" under the ARL.  Va. Code § 59.1-207.47.

9.      For the foregoing reasons, Plaintiff brings this action individually and on behalf of all similarly situated purchasers of any of Defendants' Amazon Subscriptions from the Amazon Platform who, within the applicable statute of limitations periods, up to and including the date of judgment in this action, incurred unauthorized fees for the renewal of their Amazon Subscriptions. Based on Defendants' unlawful conduct, Plaintiff seeks damages, restitution, declaratory relief, injunctive relief, and reasonable attorneys' fees and costs for: (i) violation of Virginia's Consumer Protection Act (the "VCPA"), Va. Code § 59.1-207.45(A)(58); (ii) conversion; (iii) unjust enrichment / restitution; (iv) negligent misrepresentation; and (v) fraud.[15]

## PARTIES

10.     Plaintiff Cynthia Adams is a citizen of Virginia, residing in Roanoke, Virginia.  Ms. Adams signed up for a free trial of Defendants' monthly Amazon Prime subscription from Defendants' website while in Virginia in or around approximately December 2019 or January 2020.  During the enrollment process but before finally consenting to Defendants' subscription offering (and thereby completing the checkout process), Ms. Adams provided her credit card billing information (her "Payment Method") directly to Defendants.  At the time Ms. Adams enrolled in her Amazon Subscription program, Defendants did not disclose to her all required

---

[15] As is set forth below, Plaintiff brings these claims on behalf of a Virginia Class and a Nationwide Class of similarly situated consumers.  *See infra* ¶ 104 (setting forth class definitions). Specifically, Plaintiff Adams seeks to represent a class of all Virginia consumers who enrolled in any of the Amazon Subscriptions and who incurred fees within the two-year statutory period of limitations applicable to her Claims pursuant to the VCPA, Va. Code §§ 59.1-207.45 *et seq*.  *Id*. at Count I.  Plaintiff also seeks to represent a nationwide class of all United States purchasers of any of the Amazon Subscriptions who incurred fees within the limitations periods applicable to Plaintiff's common law claims for conversion, unjust enrichment / restitution, negligent misrepresentation, and fraud.  *Id*. at Counts II-V.

automatic renewal offer terms associated with the subscription program or obtain her affirmative consent to those terms.  For instance, at the time of enrollment, Ms. Adams was not aware that, upon the expiration of her free trial subscription, Defendants would automatically convert her free trial into a paid, automatically renewing subscription.  Nor did Defendants adequately disclose the length of Ms. Adams's free trial or when the first charge would occur.  Further, after Ms. Adams completed her initial order, Defendants emailed her a receipt for her purchase of an Amazon Subscription (the "Acknowledgment Email").  However, the Acknowledgment Email, too, failed to provide Ms. Adams with the complete automatic renewal terms that applied to Defendants' offer, a description of Defendants' full cancellation policy, or information regarding how to cancel Ms. Adams's Amazon Subscription in a manner capable of being retained by her.  Ms. Adams did not receive any other acknowledgment that contained the required information.  As a result, Ms. Adams was not placed on notice of several material terms associated with her Amazon Subscription.

11.      In particular, Ms. Adams was not made aware of the fact that her Amazon Subscription would automatically renew after the initial free trial period, of the length of the free trial period, or of when the first charge would occur. She further was not apprised of the cancellation policy associated with her Amazon Subscription, the most crucial aspects of which were missing from the Checkout Page and Acknowledgment Email.

12.      Nevertheless, Ms. Adams later learned upon review of her billing statements and banking history that, upon the end expiration of the free trial period, Defendants automatically converted her free trial to a paid Amazon Subscription and, without her affirmative consent, renewed that paid subscription and charged Ms. Adams's Payment Method in the full standard monthly rate associated with the Amazon Subscription.  Promptly after learning of Defendants' charge(s) to her Payment Method, Ms. Adams attempted to cancel her Amazon Subscription, with

which she struggled due to Defendants' obscured, confusing, and time consuming cancellation policy. Specifically, Ms. Adams stopped ordering products from Amazon altogether, tried to completely shut down her Amazon account, and stopped using PayPal to avoid unwanted auto-renewal charges. However, despite these cancellation attempts, Defendants continued to charge Ms. Adams's Payment Method without her consent. Thus, all but the last of Ms. Adams's cancellation attempts were unsuccessful, and she was unable to terminate her subscription prior to July 2022 due to Defendant's confusing cancellation policy, the most crucial aspects of which were missing from the Checkout Page and Acknowledgment Email.

13.    Ultimately, Ms. Adams was only able to affect cancellation, and thereby stop Defendants from automatically charging her Payment Method, by removing all of her payment information from Amazon and PayPal, after she had been charged on a total of thirty-one occasions without her knowing consent. As a result, Ms. Adams sustained financial injury in the sum total of approximately $402.69 in unauthorized subscription fees posted to Ms. Adams's Payment Method during the Class Period without her knowing or affirmative consent (including eighteen unauthorized charges amounting to approximately $233.82 within the last twenty-four months alone), with her most recent charge prior to cancellation occurring in or around July 2022.

14.    Defendants' missing and/or incomplete disclosures on the Checkout Page and in the Acknowledgment Email, their failure to obtain Ms. Adams's affirmative consent before charging her Payment Method on a recurring basis, and their subsequent failure to issue any refund of the unauthorized charges she incurred from January 2020 to July 2022, are contrary to the ARL, which deems products provided in violation of the statute to be a gift to consumers. *See* Va. Code § 59.1-207.47. Had Defendants complied with the ARL, Ms. Adams would have been able to read and review the automatic renewal terms on the Checkout Page prior to purchase and/or in the Acknowledgment Email prior to renewal, and she would have not subscribed to Amazon Prime at

all or on the same terms, or she would have cancelled her Amazon Subscription earlier, *i.e.*, prior

to the expiration of the initial subscription period and/or any subsequent renewal term. Thus, as a

direct result of Defendants' violations of the ARL, Ms. Adams suffered economic injury.

15.    Defendant Amazon.com, Inc. ("Amazon, Inc." or "Parent Defendant") (together

with Subsidiary Defendant, *see infra*, "Amazon" or "Defendants") is a Delaware corporation with

its corporate headquarters and principal place of business at 410 Terry Avenue North, Seattle,

Washington 98109. Amazon, Inc., has done business throughout Virginia and the United States

at all times during the applicable Class Periods. At all relevant times, acting alone or in concert

with others, Amazon, Inc. has advertised, marketed, sold, and distributed the Amazon

Subscriptions and all products and services pertaining thereto, to consumers in Virginia and

throughout the United States. At all relevant times, acting alone or in concert with others, Amazon,

Inc. formulated, directed, controlled, had the authority to control, and/or participated in the acts

and practices set forth in this Complaint.

16.    Defendant Amazon.com Services LLC ("Amazon LLC" or "Subsidiary

Defendant") (together with Parent Defendant, "Amazon" or "Defendants") is a Delaware limited

liability company with its principal place of business located in Seattle, Washington. Amazon

LLC is a wholly owned subsidiary of Defendant Amazon, Inc. Acting alone or in concert with

others, Amazon LLC has done business in and throughout Virginia and the United States at all

times during the relevant class periods. Relevant here, Amazon LLC owns and operates many of

the web service programs and products offered on the Amazon Platform, including the Amazon

Subscriptions. At all relevant times, acting alone or in concert with Defendant Amazon, Inc.,

Amazon LLC advertised, marketed, sold, and distributed the Amazon Subscriptions and all

products and services pertaining thereto, to consumers in Virginia and throughout the United

States. At all relevant times, acting alone or in concert with Defendant Amazon, Inc., Amazon

10

LLC formulated, directed, controlled, had the authority to control, and/or participated in the acts and practices set forth herein.

17.    Amazon is the world's largest online retailer and a prominent provider of cloud and web-based products and services.  In fact, Defendants "dominate e-commerce sales" and "receive more than one-quarter of U.S. e-commerce sales dollars for every category other than auto/parts."[16] Relevant here, Defendants offer access to certain exclusive Amazon-branded content, products, and/or services on a contract or fee basis to customers who enroll in the automatically renewing Amazon Subscriptions.  Defendants wholly own and operate the Amazon Subscriptions, which they market to consumers through the Amazon Website and App(s) (collectively, the "Amazon Platform").  Defendants are also responsible for the promotion, advertisement, and/or marketing of the Amazon Subscriptions, and they own and operate the Amazon Platform.  Defendants sell – and, at all times during the applicable Class Periods, have sold – the Amazon Subscriptions to, and have done business with, consumers in Virginia and throughout the United States.  In connection with the Amazon Subscriptions, Defendants made automatic renewal offers to consumers in Virginia and throughout the United States via the Amazon Platform at all relevant times during the applicable Class Periods.

18.    Plaintiff reserves the right to amend this Complaint to add different or additional defendants, including without limitation any officer, director, employee, supplier, or distributor of Defendants who has knowingly and willfully aided, abetted, and/or conspired in the false and deceptive conduct alleged herein.

---

[16] Chain Store Age, *The top 10 U.S. retail e-commerce companies are…* (May 3, 2021), https://chainstoreage.com/top-10-us-retail-e-commerce-companies-are.

## JURISDICTION AND VENUE

19.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(2)(A),

as amended by the Class Action Fairness Act of 2005 ("CAFA"), because this case is a class action

where the aggregate claims of all members of the proposed class are in excess of $5,000,000.00,

exclusive of interest and costs, there are over 100 members of the putative class, and Plaintiff, as

well as most members of the proposed Classes, are citizens of a state different from Defendants.

20.     This Court has personal jurisdiction over Defendants.  Defendants do business in

Virginia and have sufficient minimum contacts with this State, including within this District,

and/or have otherwise intentionally availed themselves of the Virginia consumer market through

the promotion, marketing, and sale of its products and/or services to residents within this District

and throughout Virginia.  Additionally, Plaintiff purchased her Amazon Subscription from

Defendants while in Virginia.

21.     Pursuant to 28 U.S.C. § 1391, this Court is the proper venue for this action because

a substantial part of the events, omissions, and acts giving rise to the claims herein occurred in this

District.  Also, Plaintiff resides in this District and purchased Defendants' Amazon Subscription

in this District.  Moreover, Defendants distributed, advertised, and sold the Amazon Subscription

to Plaintiff and members of the Class, which is the subject of the present complaint, in this District.

## FACTUAL ALLEGATIONS

**A.     Background On The Subscription e-Commerce Industry**

22.     The e-commerce subscription model is a business model in which retailers provide

ongoing goods or services "in exchange for regular payments from the customer."[17]  Subscription

e-commerce services target a wide range of customers and cater to a variety of specific interests.

---

[17] Core DNA, *How to Run an eCommerce Subscription Service: The Ultimate Guide* (May 19, 2020), https://www.coredna.com/blogs/ecommerce-subscription-services.

According to an October 2020 report by Juniper Research, "multiservice subscriptions, that provide several services for a single cost, … will be led by offerings from tech conglomerates, like Amazon's Prime service[.]"[18]    Given the prevalence of online and e-commerce retailers, subscription e-commerce has grown rapidly in popularity in recent years.  Indeed, the "subscription economy has grown more than 400% over the last 8.5 years as consumers have demonstrated a growing preference for access to subscription services[.]"[19]    Analysts at UBS predict that the subscription economy will expand into a $1.5 trillion market by 2025, up from $650 billion in 2020.[20]    That constitutes an average annual growth rate of 18%, which makes the subscription

---

[18] Juniper Research, *Subscriptions for Physical Goods to Overtake Digital Subscriptions by 2025; Growing to Over $263Bn Globally* (Oct. 12, 2020), https://www.juniperresearch.com/press/subscriptions-for-physical-goods-to-overtake    (emphasis added).

Juniper Research, one of the leading analyst firms in the mobile and digital tech sector, specializes in identifying and appraising new high growth market sectors within the digital ecosystem and provides research and analytical services to the global hi-tech communications sector, as well as consultancy, analyst reports, and industry commentary.    *See* https://www.juniperresearch.com/about-us.

[19] Business Insider, *Taco Bell's taco subscription is rolling out nationwide — here's how to get it* (Jan. 6, 2022), https://www.businessinsider.com/taco-bell-subscription-launching-across-the-country-2022-1 (internal quotation marks omitted).

[20] *See* UBS, *Investing in digital subscriptions* (Mar. 10, 2021), https://www.ubs.com/global/en/wealth-management/our-approach/marketnews/article.1525238.html ("[A]t close to USD 650 billion in 2020, we expect the subscription economy to expand into a USD 1.5 trillion market by 2025, implying an average annual growth rate of 18%.").

*See also* Subscribed, *UBS Declares: It's Worth Investing in the Subscription Economy* (Apr. 17, 2021), https://www.subscribed.com/read/news-and-editorial/ubs-declares-its-worth-investing-in-the-subscription-economy; Business 2 Community, *The Subscription Economy Is Booming Right Now. But Are You Reaping the Full Benefits?* (Oct. 7, 2021), https://www.business2community.com/ecommerce/the-subscription-economy-is-booming-right-now-but-are-you-reaping-the-full-benefits-02434851.

economy "one of the fastest-growing industries globally."[21]  And, by all accounts, Defendants played a major role in spurning this rapid growth.  According to Richard Meyer, marketing expert and author of the blog, New Media and Marketing, "[s]ubscription marketing [has been] gaining steam ever since Amazon exceeded expectations with Amazon Prime[.]"[22]

23.    Defendants launched Amazon Prime in or around February 2005.  Through **Amazon Prime**, Defendants provide subscribers with access to, among other things, delivery benefits such as faster and free deliveries, streaming and digital benefits, shopping benefits, and reading benefits.  Additionally, Defendants debuted **Amazon Prime Video** in September 2006, as "Amazon Unbox."  Since then, Prime Video has been re-branded twice: in 2011, as "Amazon Instant Video," and then again in September 2015, when the word "Instant" was dropped from its title in the U.S.

24.    Prime Video is offered as a benefit of the basic Prime subscription and as a standalone subscription to non-Prime members, and it provides consumers with access to unlimited, commercial-free instant streaming of thousands of movies and TV shows.  Also in 2015, Amazon launched **Amazon Prime Video Channels** (originally called "Streaming Partners Program"), which collectively refers to a variety of subscription offerings for third-party channels and streaming services offered to Prime and Prime Video subscribers through the Amazon Platform.  These services are offered separate from the Prime and Prime Video offerings, and must be purchased separately (*i.e.*, as an add-on subscription).

---

[21] UBS, *Investing in digital subscriptions* (Mar. 10, 2021), *supra* note 21 ("[Growth] was seen across many areas, including e-commerce, video streaming, gaming, cloud-based applications, etc."); *see also* Juniper Research, *Subscriptions For Physical Goods To Overtake Digital Subscriptions By 2025* (Oct. 12, 2020), *supra* note 19 (acknowledging "the significant lead the digital sector has had in th[e] area[ of digital service subscriptions]").

[22] New Media and Marketing, *The problem with subscription marketing* (Mar. 17, 2019), https://www.newmediaandmarketing.com/the-problem-with-subscription-marketing/.

25.     The original launch in the U.S. included channels such as Curiosity Stream, Lifetime Movie Club, AMC's Shudder, Showtime, Starz, and others.  The service subsequently added other partners, such as HBO, Cinemax, Discovery+, Noggin, and PBS Kids, among others.  Additionally, Amazon announced the launch of the *Subscribe & Save* program in May of 2007.  Defendants have also offered *Audible* subscription plans for access to audiobooks and podcasts since 2008, when Amazon acquired the company of the same name.

26.     In July 2014, Defendants introduced *Kindle Unlimited*, a subscription offering that provides consumers with access to a library of over two million book titles, thousands of audiobooks, and up to three magazine subscriptions.  These benefits are accessible via the "Amazon Kindle" devices, a series of e-readers designed and marketed by Amazon, which is sold separately from Kindle Unlimited.  Later the same year, in November of 2014, Defendants launched *Amazon Photos*, a secure online storage subscription for photos and videos, which is available as a standalone subscription for consumers who enroll in Defendants' monthly storage plan offerings for increased data storage (*i.e.*, beyond the limited amount provided by default to Prime subscribers and other Amazon customers without Prime).

27.     Then, in May 2016, Defendants launched *ComiXology Unlimited*, a subscription service offering access to thousands of comics from independent publishers for $5.99 per month.  Later that same year, Defendants launched *Amazon Music Unlimited*, a subscription program that provides paying subscribers with unlimited access to Defendants' full music streaming catalog.  Music Unlimited is available as a paid, premium version of Music Prime (which is a limited version included with the Prime subscription and is available to Prime subscribers at no additional cost beyond the renewal rate associated with the basic Prime subscription) or as a standalone subscription.

28.    Next, Amazon's subscription box marketplace first went online in July 2018, at which point Defendants began selling the automatically renewing ***Amazon Subscription Boxes*** to paying subscribers from the Amazon Platform.  Defendants launched ***Amazon Prime Book Box*** in or around September 2018 as a standalone subscription offering for recurring deliveries of a curated selection of children's books.  And, ***Amazon Kids+*** (formerly FreeTime Unlimited), which was launched in or around September 2020, provides paid subscribers with access to thousands of kid-friendly books, movies, TV shows, educational apps, games, and more.  Finally, the ***Blink Basic and Plus Subscription Plans*** launched in March 2021, and have been sold by Defendants on the Amazon Platform at all times since their 2021 debut.

29.    As noted above, the production, sale, and distribution of subscription-based products and services is a booming industry that has exploded in popularity over the past few years.  According to *Forbes*, "[t]he subscription e-commerce market has grown by more than 100% percent a year over the past five years, with the largest retailers generating more than $2.6B in sales in 2016, up from $57.0M in 2011."[23]  Following 2016, market growth within the industry increased exponentially, reaching $650 billion in 2020.[24]  "As such, the financials of companies with subscription business models[] … improved dramatically in 2020 thanks to limited revenue volatility and strong cash flow generation."[25]  Thus, "[t]he share prices of most subscription companies have performed well in recent years."[26]

---

[23] Forbes, *The State Of The Subscription Economy, 2018* (Mar. 4, 2018), *available at* https://www.forbes.com/sites/louiscolumbus/2018/03/04/the-state-of-the-subscription-economy-2018/#6ad8251a53ef.

[24] *See* UBS, *Investing in digital subscriptions* (Mar. 10, 2021), *supra* note 21.

[25] *Id*.

[26] *Id*.

30.     The expansion of the subscription e-commerce market shows no signs of slowing. "We're now in the subscriptions era, and the pandemic is accelerating its takeover.  During the COVID-19 lockdowns, many digital-based subscription business models fared well due to their promise of convenience and strong business continuity."[27]  According to *The Washington Post*, "[s]ubscriptions boomed during the coronavirus pandemic as Americans largely stuck in shutdown mode flocked to digital entertainment[.] … The subscription economy was on the rise before the pandemic, but its wider and deeper reach in nearly every industry is expected to last, even after the pandemic subsides in the United States."[28]

31.     However, as *The Washington Post* has noted, there are downsides associated with the subscription-based business model.[29]  While the subscription e-commerce market has low barriers and is thus easy to enter, it is considerably more difficult for retailers to dominate the market due to the "highly competitive prices and broad similarities among the leading players."[30] In particular, retailers struggle with the fact that "[c]hurn rates are high, [] and consumers quickly cancel services that don't deliver superior end-to-end experiences."[31]  Yet, retailers have also

---

[27] *Id.*

[28] The Washington Post, *Everything's becoming a subscription, and the pandemic is partly to blame* (June 1, 2021), https://www.washingtonpost.com/business/2021/06/01/subscription-boom-pandemic/ (noting that "e-commerce and entertainment subscriptions to sites such as Netflix, Hulu and Disney Plus made headlines during the pandemic for soaring growth").

[29] The Washington Post, *Little-box retailing: Subscription services offer new possibilities to consumers, major outlets* (Apr. 7, 2014), *available at* https://www.washingtonpost.com/business/economy/tktktktk/2014/04/07/f68135b6-a92b-11e3-8d62-419db477a0e6_story.html.

[30] McKinsey & Company, *Thinking inside the subscription box: New research on e-commerce consumers* (Feb. 2018), https://www.mckinsey.com/industries/technology-media-and-telecommunications/our-insights/thinking-inside-the-subscription-box-new-research-on-ecommerce-consumers#0.

[31] *Id.*

recognized that, where the recurring nature of the service, billing practices, or cancellation process is unclear or complicated, "consumers may lose interest but be too harried to take the extra step of canceling their membership[s]."[32]  As these companies have realized, "[t]he real money is in the inertia."[33]  As a result, "[m]any e-commerce sites work with third-party vendors to implement more manipulative designs."[34]  That is, to facilitate consumer inertia, a number of subscription e-commerce companies, including Defendants, "are now taking advantage of subscriptions in order to trick users into signing up for expensive and recurring plans.  They do this by intentionally confusing users with their app's design and flow, by making promises of 'free trials' that convert after only a matter of days, and other misleading tactics."[35]

32.     To make matters worse, once enrolled in the subscription, "[o]ne of the biggest complaints consumers have about brand/retailers is that it's often difficult to discontinue a subscription marketing plan."[36]  Moreover, "the rapid growth of subscriptions has created a host of challenges for the economy, far outpacing the government's ability to scrutinize aggressive marketing practices and ensure that consumers are being treated fairly, consumer advocates say."[37]

---

[32] The Washington Post, *Little-box retailing* (Apr. 7, 2014), *supra* note 34.

[33] *Id*.

[34] Business Insider, *A new study from Princeton reveals how shopping websites use 'dark patterns' to trick you into buying things you didn't actually want* (Jun. 25, 2019), https://www.businessinsider.com/dark-patterns-online-shopping-princeton-2019-6.

[35] TechCrunch, *Sneaky subscriptions are plaguing the App Store* (Oct. 15, 2018), https://techcrunch.com/2018/10/15/sneaky-subscriptions-are-plaguing-the-app-store/.

[36] The Washington Post, *Everything's becoming a subscription, and the pandemic is partly to blame* (June 1, 2021), https://www.washingtonpost.com/business/2021/06/01/subscription-boom-pandemic/ ("'Subscription services are a sneaky wallet drain,' said Angela Myers, 29, of Pittsburgh. 'You keep signing up for things and they make it really hard to cancel.'"); *see also* New Media and Marketing, *The problem with subscription marketing* (Mar. 17, 2019), https://www.newmediaandmarketing.com/the-problem-with-subscription-marketing/.

[37] *Id*.

Thus, although "Federal Trade Commission regulators are looking at ways to make it harder for companies to trap consumers into monthly subscriptions that drain their bank accounts[ and] attempting to respond to a proliferation of abuses by some companies over the past few years[,]"[38] widespread utilization of these misleading dark patterns and deliberate omissions persist.

33.    Defendants have successfully implemented these tactics.  As of 2020, Defendants had "raised the global number of Prime members to 200 million," with an estimated United States "subscriber count of 147 million in 2021."[39]  In 2019, "roughly 65 percent of all Amazon shoppers were Prime members."[40]  Significantly, in 2020, "Amazon's net revenue from subscription services … amounted to 25.21 billion U.S. dollars."[41]  Based on this growth, Amazon CFO Brian Olsavsky noted in Amazon's second quarter earnings conference call held on July 29, 2021, that Amazon has "been fortunate to welcome more than 50 million new members in the past 18

---

[38] *Id.*

[39]    Statista,    *Amazon    Prime    -    Statistics    &    Facts*    (Jul.    5,    2021), https://www.statista.com/topics/4076/amazon-prime/#:~:text=Since%20the%20service%20was%20first,of%20147%20million%20in%202021 (last accessed Oct. 8, 2021).

[40] *Id.*

[41]    Statista, *Amazon: Global net revenue by product 2020* (Jul. 7, 2021), https://www.statista.com/statistics/672747/amazons-consolidated-net-revenue-by-segment/; *see also* Amazon News Release, *Amazon.com announces First Quarter Results*. (Apr. 29, 2021). https://ir.aboutamazon.com/news-release/news-release-details/2021/Amazon.com-Announces-First-Quarter-Results/default.aspx (last accessed Oct. 8, 2021).

*See also* Securities and Exchanges Commission ("SEC"), 2020 Annual Report for Amazon.com,    Inc.,    *available    at* https://www.sec.gov/Archives/edgar/data/1018724/000101872421000004/amzn-20201231.htm#i75de98b9097f40f3b5884e541f532421_13, at 66 (showing $25.207 million net sales from subscription services segment in 2020, a 31.2% increase over net sales of subscription services in 2019 and a 77.915% increase over 2018 sales for same segment); *id.* (noting that this figure "[i]ncludes annual and monthly fees associated with Amazon Prime memberships, as well as digital video, audiobook, digital music, e-book, and other non-AWS subscription services.").

months" and that he was "very pleased with the Prime member growth and engagement [Defendants are] seeing."[42]   Moreover, in recent months Defendants have enjoyed rapid growth to their Amazon Subscriptions user-base in light of the fact that "[o]verall time spent streaming has more than doubled since March[ 2020], when the U.S. and other countries largely shut down due to COVID-19."[43]   In fact, in 2020, "Prime Video had over 100 million subscribers … trailing only after Netflix[.] … The platform has seen particularly high audience growth … as a result of the coronavirus (COVID-19) pandemic."[44]   Similarly, Amazon was able to convince "50 million people to join Prime during the pandemic, accounting for an approximate 33 percent growth of the base."[45].

    **B.**    **Defendants' Dark Patterns And Online Consumer Complaints About The Amazon Subscriptions**

    34.    Defendants' recent growth in revenues and subscriber count with respect to their Amazon Subscriptions coincides with a sharp decline in subscriber satisfaction as the Amazon Subscriptions and the platforms from which they operate have become riddled with "dark patterns."   A dark pattern is "a user interface carefully crafted to trick users into doing things they

---

[42] The Motley Fool, *Amazon (AMZN) Q2 2021 earnings call transcript* (Jul. 30, 2021), https://www.fool.com/earnings/call-transcripts/2021/07/30/amazon-amzn-q2-2021-earnings-call-transcript/ (last accessed Oct. 8, 2021).

[43] Deadline, *Ad-Free Subscription Growth Outpaces Ad-Supported Fare During COVID-19* (May 29, 2020), https://deadline.com/2020/05/subscription-streaming-growth-outpaces-free-ad-supported-during-covid-19-1202946438/.

[44] Statista, *Amazon Prime - Statistics & Facts* (Jul. 5, 2021), *see supra* note 44.

[45] The Verge, *Amazon added another 50 million prime subscribers during the pandemic* (Apr. 15, 2021), https://www.theverge.com/2021/4/15/22385370/amazon-prime-subscription-jeff-bezos-2020-shareholders-letter (last accessed Oct. 8, 2021).

might not otherwise do, such as … signing up for recurring bills."[46]  Indeed, as Mark Hurst[47] has

suggested, Amazon is among the many websites with large user bases that have implemented

"deceptive design tricks to mislead users" by turning subscription cancellation into "a six-page

process filled with 'dark patterns.'"[48]

---

[46] UX Design, *Dark patterns in UX: how designers should be responsible for their actions* (Apr. 15, 2018), https://uxdesign.cc/dark-patterns-in-ux-design-7009a83b233c (quoting UX designer Harry Brignull, PhD Cognitive Science, who coined the term "Dark Patters" in August 2010).

[47] Mark Hurst is the founder of Creative Good, a New York-based consultancy and creative platform launched in 1997.  *See* https://creativegood.com/mark-hurst/.

[48] Creative Good, *Why I'm losing faith in UX* (Jan. 28, 2021), https://creativegood.com/blog/21/losing-faith-in-ux.html (last accessed Nov. 15, 2021) (discussing "Amazon's absurdly difficult, inconvenient process for turning off a Prime subscription"); *id.* ("UX is now 'user exploitation.'  * A perfect example is the Amazon Prime cancellation process. … What should be a single page with a 'Cancel my subscription' link is now a six-page process filled with 'dark patterns' - deceptive design tricks known to mislead users - and unnecessary distractions.  This isn't an accident.  Instead, … there's a highly-trained, highly-paid UX organization at Amazon that is actively working to deceive, exploit, and harm their users.").  *See also* Mie Oehlenschlager, *Dark Patterns from Amazon into the Light* (Jan. 23, 2021), https://dataethics.eu/dark-patterns-from-amazon-into-the-light/ ("Amazon uses dark patterns or manipulative design which is – unfortunately – a common practice online[.] … 'Consumers are constantly bombarded by a variety of subtle and less subtle attempts to push us into making choices that favour the companies at the cost of our own time, attention, and money'").

35.    Defendants have been using various types of dark patterns, including but not limited to the "roach motel,"[49] "misdirection,"[50] and "forced continuity," [51] dark patterns, to prevent user

---

[49] "Roach motel" refers to a "design [that] makes it very easy for [consumers] to get into a certain situation, but then makes it hard for [consumers] to get out of it (e.g. a subscription)." https://www.darkpatterns.org/types-of-dark-pattern/roach-motel.

*See also* Jeremy Merkel, *Dark Patterns Come to Light in California Data Privacy Laws*, XI Nat'l L. Rev. (Jul. 2, 2021), https://www.natlawreview.com/article/dark-patterns-come-to-light-california-data-privacy-laws#google_vignette ("When it comes to the roach motel, as the saying goes, 'roaches check in, but they don't check out.'  Drawing upon this allegory, researchers from the Norwegian Consumer Council (Forbrukerrådet) studied <u>Amazon's use of dark patterns to manipulate users into continuing their Amazon Prime subscriptions, even when they intended to cancel, and published their findings in a report in January</u>.  The conclusions served as the basis for a complaint by the internet privacy watchdog, the Electronic Privacy Information Center (EPIC), to the Office of the Attorney General of the District of Columbia, alleging that Amazon's use of dark patterns constitutes an unfair and deceptive trade practice in violation of the D.C. Consumer Protection Procedures Act and the Federal Trade Commission Act.") (emphasis added and internal footnotes omitted) (citations omitted); Forbrukerrådet, *You Can Log Out, but You Can Never Leave: How Amazon manipulates consumers to keep them subscribed to Amazon Prime* (Jan. 14, 2021), https://fil.forbrukerradet.no/wp-content/uploads/2021/01/2021-01-14-you-can-log-out-but-you-can-never-leave-final.pdf; *In the Matter of Amazon.com, Inc.*, EPIC Complaint, Office    of    the    Attorney    General    for    D.C.    (Feb.    23,    2021), https://archive.epic.org/privacy/dccppa/amazon/EPIC-Complaint-In-Re-Amazon.pdf;    FTC, *Statement of Commissioner Rohit Chopra Regarding Dark Patterns in the Matter of Age of Learning,    Inc.*,    *Commission    File    Number    1723186*    (Sep.    2,    2020), https://www.ftc.gov/system/files/documents/public_statements/1579927/172_3086_abcmouse_-_rchopra_statement.pdf.

[50] "Misdirection" is a type of dark pattern where a website's "design purposefully focuses [customers'] attention on one thing in order to distract [them] attention from another."  In many cases, "[w]hat's deceptive is the way [the website] presents [purchase] options: it uses misdirection to    hide    what    is    actually    happening[.]"    https://www.darkpatterns.org/types-of-dark-pattern/misdirection.

[51] One example of "forced continuity," another type of dark pattern, is where customers' sign up for a "free trial with a service[ that] comes to an end and [their] credit card silently starts getting charged without any warning.  [The subscriber is] are then not given an easy way to cancel the automatic renewal."  https://www.darkpatterns.org/types-of-dark-pattern/forced-continuity.

*See also* The Good, *Dark Patterns: The Ultimate Conversion Blocker for Ecommerce Websites* (Jun. 15, 2021), https://thegood.com/insights/dark-pattern-ecommerce-ux-design/ ("You've probably signed up for a free trial of something, forgotten to cancel it, and then automatically been billed when the trial expired.  That's forced continuity.  You're not given an opportunity or reminder to opt out of the trial, and it's often exceedingly difficult to cancel before you're    charged    for    the    premium    subscription.  *    <u>Unfortunately, this dark pattern is used</u>

from unsubscribing from the Amazon Subscriptions by adopting complex cancellation procedures to increase the friction in the subscription cancellation process.  Defendants' utilization of these dark patterns – especially in conjunction with their failure to fully disclose the terms of their automatic-renewal programs (discussed further below) – has led to a reduction in churn rates by making it next to impossible for subscribers to cancel their Amazon Subscriptions.  It has further led to an increase in accidental or unintentional sign-ups by consumers for paid Amazon Subscriptions, in effect increasing subscriber count and, thus, Defendants' overall revenues from renewal fees.

36.    Amazon's use of dark patterns is so egregious that the company's practices are consistently used as examples to help writers explain dark patterns.  Indeed, one writer explained: "A classic example of dark patterns is when you want to delete an Amazon account.  You can sign up for Amazon in less than 4 clicks, but you'll need to go through at least 6 clicks across 5 pages (including guesswork in selecting categories) and then chat with a representative if you want to close your Amazon account."[52]  And as a writer for *The New York Times* similarly remarked, "[s]ome things are difficult by design.  * Consider Amazon.  The company perfected the one-click checkout.  But canceling a $119 Prime subscription is a labyrinthine process that requires multiple screens and clicks. … These are examples of 'dark patterns,' the techniques that companies use online to get consumers to sign up for things[ and] keep subscriptions they might otherwise cancel[.]"[53]  Yet another writer explained: "Getting out of Amazon Prime poses one of the most

everywhere, including Amazon Prime.") (emphasis added).

[52] Fossbytes, *What Are Dark Patterns? Why The California Ban Makes Sense* (Mar. 16, 2021), https://fossbytes.com/dark-patterns-explained/.

[53] The New York Times, *Stopping the Manipulation Machines* (Apr. 30, 2021), https://www.nytimes.com/2021/04/30/opinion/dark-pattern-internet-ecommerce-regulation.html (emphasis added).

complex unsubscription service present among different subscription platforms, as it requires users to go to different settings, pages, and ultimately ask for help … Amazon's Prime subscription service cancellation is practicing 'dark patterns' that mislead people and change their minds.  The rigorous process is said to be the way by the company to prevent people from unsubscribing, ultimately opting out because of the lengthy procedure."[54]  A writer demonstrating to consumers how to spot dark patterns said about closing an Amazon account that: "The instructions are buried under a help menu, and once you track them down, you learn there's no way to complete the process on your own.  You need to contact customer service to get the job done."[55]  These articles are a small sampling of those that use Amazon's concerning practices as an example for dark patterns.

37.     Defendants' shady conduct with dark patterns in both 2018 and 2019 even earned "The Dark UX Award," by a consumer vote on a website dedicated to "[c]elebrating excellence in user experience[.]"[56]  This so-called "award," however, is not really as it sounds: "This category … is about dark UX patterns being used to deliberately trick or mislead users into actions they might not have taken otherwise."[57]

38.     More recently, Amazon's practices have been the subject of studies regarding dark patterns, including one report done by the Norwegian Consumer Council ("NCC"): "This year, we

---

[54] Tech Times, *Amazon Prime 'Dark Pattern' of Service Cancellation Explained: Why Consumer Groups Think It's Unfair and Deceptive* (Jan. 14, 2021), https://www.techtimes.com/articles/255977/20210114/amazon-prime-dark-pattern-service-cancellation-explained-why-consumer-groups.htm.

[55] Consumer Reports, *How to Spot Manipulative 'Dark Patterns' Online* (Jan. 30, 2019), https://www.consumerreports.org/privacy/how-to-spot-manipulative-dark-patterns-online-a7910348794/.

[56] *The Dark UX Award* (2019), https://uxukawards.com/best-dark-ux/.

[57] *Id.*

launched a report on Amazon where we analyzed the click flow of Amazon in Amazon Prime. And what we discovered was they were putting so many hurdles in front of the consumer, including <u>complicated navigation menu, skewed wording, confusing choices, and repeated nudging, confirm shaming</u>, which … are really effective sort of measures to manipulate consumers."[58]  The results of the study prompted NCC to file its own complaint in Norway "about Amazon's absurdly difficult, inconvenient process for turning off a Prime subscription."[59]  That complaint stated: "The cancellation procedure is long, and consists of six separate pages.  On each separate page, the consumer is nudged toward keeping their Prime membership … This uncertainty is further strengthened by having to scroll through the page, which is full of text and graphics to show how cancelling the membership will mean the loss of many benefits."[60]

39.     Despite the above consensus concerning the unsettling nature Amazon's practices, Defendants continue to employ these deceptive tactics to lure consumers into enrolling, and remaining enrolled, in paid Amazon Subscription programs.  In fact, Defendants were the subject of a recent *Business Insider* article by author Eugene Kim, titled "Internal documents show Amazon has for years knowingly tricked people into signing up for Prime subscriptions.  'We have been deliberately confusing,' former employee says."[61]  The article describes a particularly

---

[58]  KnowledgeVision, Transcript for FTC DarkPatterns Workshop (Apr. 29, 2021), *available at* https://www.ftc.gov/system/files/documents/public_events/1586943/ftc_darkpatterns_workshop_transcript.pdf (emphasis added).

[59]  The Creative Good, *Why I'm losing faith in UX* (Jan. 28, 2021), *available at* https://creativegood.com/blog/21/losing-faith-in-ux.html.

[60]  *Id*.

[61]  Business Insider, *Internal documents show Amazon has for years knowingly tricked people into signing up for Prime subscriptions. 'We have been deliberately confusing,' former employee says* (Mar. 14, 2022), *available at* https://www.businessinsider.com/amazon-prime-ftc-probe-customer-complaints-sign-ups-internal-documents-2022-3.

haunting example of dark patterns employed by Defendants: "For example, a single click on the 'Get FREE Two-Day Delivery with Prime' tab at check out – with *no additional confirmation step* – gets shoppers automatically enrolled into a 30-day free trial of Amazon's Prime program, which later converts to a paid membership unless the user cancels it."[62]  According to Kim, "previously unreported internal documents and six current and former employees" have confirmed that "Amazon was aware of these complaints for years but did not take serious action," and that "[e]ven the company's most senior leaders were aware of this problem."  *Id*.  Even worse, "fixes for these issues were proposed and considered, but resulted in lower subscription growth when tested, and were shelved by executives."  *Id*.  The current and former employees expressed further concern despite some changes made to Amazon's sign-up pages, saying "repeated red flags in the sign-up process have not been meaningfully addressed, even now," and the "lack of change may have to do with internal tests that showed that clearer language led to fewer sign-ups.  *Id*.  Customer confusion has been an ongoing problem with Amazon's Prime service: "One data point from August 2017 found that 17,131 of the 25,542 cancellation requests directly handled by the Prime team were related to 'accidental sign-ups,'" meaning customers were deceived into signing up for a Prime account and later forced to contact the Amazon team to ensure their desired cancellation would be effective.  *Id*.  Mr. Kim's article on Defendants' deceptive practices, and the willingness of current and former Amazon employees to discuss said practices, is extremely telling as to why Defendants' tactics need to be stopped.

40.    Defendants' conduct has drawn the attention and ire of customers across the country, with countless angry customers taking to the Internet to voice their discontent over Defendants' broken promises.  For instance, numerous subscribers have left scathing reviews on

---

[62] *Id.* (emphasis added).

the Better Business Bureau website, complaining of the unclear billing practices and confusing

cancellation policy associated with the Amazon Subscriptions:[63]



05/26/2022

My Prime membership was due to expire on May 25, 2022. I initially agreed to renew yet had an issue regarding an unexplained pending charge. I contacted Amazon customer service and was given incorrect information. It was clear the customer service agent did not understand the inquiry and I struggled to understand her explanation. I was frustrated and realized that the prior year was filled with issues and misinformation and untruths by the staff. I immediately contacted executive customer service requesting to cancel my ********************** membership renewal due to continued problems. It was less than twenty-four, (24), hours. I sincerely believe a cancellation and refund would be in the best interest of both parties given the animus I've developed from poor customer service.



05/23/2022

I tried to use Amazon's *********************** I ordered 5 items for delivery on the same day. According to Amazon's subscriptions page, I was saving 15% on each item. However when I looked at the orders they were only taking off 5%. I tried removing and re-adding the item, and it had the same effect. It gives me one price when I am subscribing to the item, but charges me a more expensive price for the actual order. At best this is false advertising. Really its more of a bait and switch. Advertise one price, then charge a higher price unbenounced to the buy.



05/24/2022

Amazon is trying to bully me into purchasing their music subscription service. They are doing this by freezing half the albums in my music library (music that I have already bought and paid for) to prevent me from accessing them. I contacted customer care three times. The first time I was informed that Amazon was trying to pivot towards a monthly subscription service. The second time I was given no information at all and left on hold until I was forced to to hang-up. I wasn't called back and received no email conformation for either of the first two interactions. In the third call, I was given vague response's in hope that that would pacify me and told that they were having a problem with their music app that was effecting most people and would be corrected within 24hrs. Except, this has been a persistent problem for the last six months.They are refusing to give me access to a music library I have invested thousands of dollars in. In the past, I've had hundreds of dollars worth of music disappear from my library and when that happened the proof of purchase mysteriously vanished as well. Yet, there are dozens of charges from Amazon digital to my checking account in months they claim I never purchased any music.I complained about the music that disappeared prom my music library and customer care tried to convince me that the music was never there; music that I had already been listening too. I told the customer service rep that I would start archiving the emails I received as proof of purchase. After that, I would have to call and prompt them to email a receipt. These receipts for digital music purchase's use to include a picture of the album I purchased, and the artist name. After I in formed them that I would start archiving those emails for proof of purchase, they subsequently removed the artist name and album cover from any further emailed receipts. If I can't access my music, then they need to refund me 13 years worth of digital music purchases.

**Complaint Type:** Billing/Collection Issues    **Status:** Answered 



05/20/2022

I am 80 years old and do NOT own a computer. (Using a friend's computer now) My son was going over my bank statements when he visited and noticed that I've been being charged each month, starting in October 2021, for Amazon Prime. So he told me to contact BBB. I do not order from Amazon or even have an account with them. I called Amazon and all I got was 'you must of requested it or a family member'....NO!!! My daughter or son would not do that to me!!! I am attaching copies of the months I have been charged for this so called Prime. It comes to $81.94 for the months they charged me for it. What is weird is why didn't I get charged for December 2021 or January 2022??? Something is NOT RIGHT here!!!! I want my money returned to me as soon as possible. Thank you!



05/23/2022

I ordered my last item in January of this year from Amazon so I checked my debit card for amount of the card found a unknown amount $16.19 then called my bank asked who made the purchase they said Amazon I found out that day they had been taking monies out every week since February unapproved by me is what I told my bank so that card was blocked and I was reimbursed all the money and a new debit card that was detected in April now I checked my account at the be of this month May and it happened again they were called again this time I received a credit back too the card and got the card overnight shipped to me by ***** after that I tried to reach Amazon we went back and forth over email I gave them my number but they never called lying here this morning MAY 22, 2022 decided to check my account and the bank let another $16.19 be taken out of my account again I told the bank about me speaking or texting with a few people about this mistake on Amazon's behalf the same day I called to dispute yet another transaction was made I also mentioned who was authorized to take monies out of this account only GEICO, FURTHERMORE I have cable with Spectrum why would I need Prime and I never knew anything about it until now I checked my last purchase from Amazon on my email and it did mentioned Prime was free nothing that I ordered was in need of being shipped in a hurry now I have to wait agree the rest of my weekend mad until Monday for another dispute YEEEES I would like to make this complaint on AMAZON AND MY BANK I will do another complaint knowing they have to be filed separately.



05/21/2022

I tried to close my account which the company deactivated because was no activity. The account still collect monthly fee even so being deactivated. Upon trying to close the account I was inform that was a balance of collected fees which I agree to pay for not using the account. The online account doesn't allow to make the payment, which in return doesn't allow to close the account unless you start the whole process of reactivation for the account, as in submitting all your company documents and wait for Amazon to review them and activate your account. Thus process can take several business days, in which due time you still have to pay your monthly fee even so you technically don't have an account, you have to wait for them to aprove your account to get activated, in order to be able to pay your balance that can take few days to process and afterwards you will e able to actually close the account that they just activated. The whole process to close the account seems like a never ending loop and subject to aproval and not available to customers as an instant, in order to perpetuate to collect monthly fees. I agree to pay the balance and I just Wana close the account, that should be an immediate option, not to require me to re-activate an account being subject yo several days and an aproval before I can close my account. The account t it's already deactivated, I should have left only a balance to be paid and next option should be close account. I just Wana make aware potential start up companies that choose to do business with Amazon, if yiu account for any reason its deactivated, you will continue collecting fees, and trying to close your account require to pretty much apply to open your account again to be able to close it.

28



05/21/2022

I tried to close my account which the company deactivated because was no activity. The account still collect monthly fee even so being deactivated. Upon trying to close the account I was inform that was a balance of collected fees which I agree to pay for not using the account. The online account doesn't allow to make the payment, which in return doesn't allow to close the account unless you start the whole process of reactivation for the account, as in submitting all your company documents and wait for Amazon to review them and activate your account. Thus process can take several business days, in which due time you still have to pay your monthly fee even so you technically don't have an account, you have to wait for them to aprove your account to get activated, in order to be able to pay your balance that can take few days to process and afterwards you will e able to actually close the account that they just activated. The whole process to close the account seems like a never ending loop and subject to aproval and not available to customers as an instant, in order to perpetuate to collect monthly fees. I agree to pay the balance and I just Wana close the account, that should be an immediate option, not to require me to re-activate an account being subject yo several days and an aproval before I can close my account. The account t it's already deactivated, I should have left only a balance to be paid and next option should be close account. I just Wana make aware potential start up companies that choose to do business with Amazon, if yiu account for any reason its deactivated, you will continue collecting fees, and trying to close your account require to pretty much apply to open your account again to be able to close it.



05/19/2022

Wednesday May 18, 2022 Amazon pulled $16.04 from my debit card for HBO *** **************
Problem is that I don't have an HBO *** ************* I called Amazon and they are the ones that told me it was for HBO **** We verified on their end as well as my Amazon subscription tab of my app that I do NOT have the ************* I asked him to cancel it, but he told me he couldn't do that because it wasn't my account. I then asked for a supervisor. She also said she can NOT cancel it because it's not mine nor could she give me any info on the subscription for the same reason. The only thing they offered was to contact my bank and report it as fraud which I did, but now I'm going without my card all weekend and I have to reset up all my bills.Amazon admitted they are charging me for HBO *** and that the subscription is not in my name, but refused to remove my payment from it.



05/17/2022

I started getting charges to my credit card and can not get anyone to discuss why. I have several email where I asked them to stop and they tell me I need to log in with my account. I dont have an account. They cant tell me what the charges are They try changing amounts as high as ******* and as low as ******.



05/16/2022

4/3/22 charge on my credit card from amazon. I do not have an account. Soon after I received a letter from amazon to my first name only. The letter states amazon is sending this letter because I am an amazon prime member who has not recently used any of the video benefits. I called amazon to dispute the charge, they said call your bank to dispute. They did not help verify to cancel this fraudulent account I did not open. May 16 I received 2 more packages to "Rose" I did not order these. Someone is using my name is scamming me. I called customer service again, they said contact your credit card company. This is horrible. Amazon customer service is not helpful. I had to cancel my credit card because of an unknown person is scamming me sending unauthorized packages to my po box using my credit card without my authorization.



05/15/2022

I've contacted Amazon and now have spoke to 4 different representatives. Two of which were via chat two which were via phone (verbal calls). The issue is a total of 8 charges on my last two card statements. They are as follows : 3/28 amazon music * 1N7DL3YB2 4/03 PRIME VIDEO * 1H7205BF1 4/03 PRIME VIDEO * 1H46A64R0 4/04 PRIME VIDEO * 1H9C796Y1 2/28 Amazon music * 1I5R877T0 3/03 PRIME VIDEO * 1W9DZ6B31 3/03 PRIME VIDEO * 1W04Q1TF0 and lastly PRIME VIDEO * 1I97B6RL2. They have confirmed the charges are not associated with our Amazon account. They have already issued a refund for 3 out of 8 charges. My concern is I did not authorize these charges, they can confirm they are not associated with my account, and they will not issue the remainder refunds. They know whats right and what's not. They are taking time out of my day on a Saturday, one of two days off I get to spend with my two children. They continue to waltz around my issue and redirect me to the bank. The bank has no way of validating these charges other then if they were Amazon or not. Amazon holds the ability to locate the charges and confirm they are not associated with my account. Which they've already done. They are dragging this on longer then it needs to be taking no regard of my precious time I get with my kids.



05/14/2022

On 5/13/2022 I saw a new charge on my debit card for $15.85 for Amazon's *************** that I had cancelled last month. I tried to contact the company to dispute it but their chat, email, and phone number were disabled, so there is no way to dispute the charge. I would like an immediate refund of the charge and just *********** to the audio books I have already paid for. I also do not want Amazon to charge me for this service again. When I cancelled the service, I was told that the *************** is free and the charge was for the one audio book per month. I do not want to order any more audio books; I just want to be able to listen to the books I have already paid for.

---

**Complaint Type:** Billing/Collection Issues     **Status:** Answered ❓



05/13/2022

Amazon continually attempts to force me into Prime Membership. It inundates my family with schemes and marketing to leverage my account into prime. Three times I had to demand a refund for auto enrollment in the past year. Additionally my email box and texts are filled with digital advertising to join prime student, when I Amazon informed me I am no longer eligible (I am a student with credentials). I want Amazon to stop charging me for Prime and stop pressuring my children to do the same. And if you are going advertise student prime to students, then sell prime to students no matter how long they are students for.



05/12/2022

I'm outraged how amazon has been charging my account without my permission. I don't know who subscriptions of various programs got downloaded into my account, but they refuse to give me credit, even though they admitted I never used these programs. I just spent over an hour on the phone talking to an amazon rep who then transferred me to a supervisor who agreed to give me credit near $100 for monthly charges back to last year, but said she had to transfer me to the prime video ***** I spent another 30 mins talking to another guy who said he was not going to credit me retroactively. I asked to speak to a manager and he hung up on the phone on me. I can't get through to anyone in the US. Every time you ask to speak to a supervisor now, they hang up on you.



05/12/2022

I have received an unknown charge to my account in the amount of $572.75 and have only used the service once with the understanding that it was a free service. I would like this charge to be removed from my account.



**Business Response**

05/15/2022

Hello ************************,

I'm Arun from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I've reviewed the complaint and understand your concern about the unknown charge.

I would like to inform you that we'll not be able to take any action on the unknown charges from our end.

However, the only option will be a charge dispute with the bank.

If there was any any other alternative, we would have surely helped you further.

Please feel free to contact us directly by replying to bbb@amazon.com if we can be of further assistance.

Regards,
Arun

Amazon.com
http://www.amazon.com



05/12/2022

I purchased an item from Amazon a few months ago and somehow got signed up for Amazon Prime. I did not request this nor did I authorize a monthly payment of $15.98. This monthly charge continues showing on my credit card. I went on-line mid March to have the monthly charge end, but continue being billed. I was billed for the full month in March and was just billed for April.I did not request Amazon Prime and never authorized a monthly charge to my credit card.I'm wondering how Amazon is permitted to do this and what can I do to get them to stop billing me each month.



05/09/2022

Amazon made 2 unauthorized to my account that were resolved but ever since I've turned my transactions of and everyday throughout our the day Amazon attempts to charge my card when I've told them through chat that they're making unauthorized charges to my card I've tried to tell to stop but they won't..also I left my transactions on previously and and they made another charge to my account that they deny ever happening..



05/06/2022

I have been charged for services I did not request and billed for an account that is not mine. I would like a refund of these charges.Amazon Music - Charge ID ********* - **************************** Music - Charge ID ********* - $8.57 December Prime duplicate charge IDs ********************** $13.93 for each charge January Prime duplicate charge IDs *********************** $13.93 for each charge April Prime duplicate charge IDs *********************** $16.08 for each charge I am due a refund from Amazon of $61.08

31

**Complaint Type:** Billing/Collection Issues    **Status:** Answered 



05/04/2022

Amazon Prime has start billing my **** Card $14.99 a month. I have not and do not want Amazon Prime.I have an account ****************** at Amazon setup without Prime and using my **** Credit Card ending in ****. For some reason Amazon has created another (according to them UNKNOWN email address and have somehow attached my Credit Card to this new account and are billing me $14.99 a month and will continue to **** me until I close out that new account. The problem is I cannot close this new account because I did not open it and do not know what it is.Amazon says they can see the charge is not coming from my ****************** account, they agree that that is the account that I have the card setup on. But they claim there is NO Way from them to find out what account is charging the $14.99 each month to my card; they agree a charge is being made each month but they claim that there is NO Way they can find out where the charge is coming from, their computer posts a charge to my Credit Card each month but it does not tell them where the charge is coming from; since they do not know what account is charging the card they cannot stop the charges, and thus I will continue to be charged $14.99 every month.They also told me that if I close out my ****************** account it will not stop the $14.99 charge since the charge is not coming from my account.There is something wrong here! How can Amazon have a computer accounting system that does not let them know where charges they are putting on credit cards are coming from???It appears I am a test for them to start using people credit cards to rip off customers since all they can tell me is that they have a charge coming in and know it is not from my ****************** account and they cannot tell where the charge is coming from so there is not way to stop it and stick me with purchasing a service I cannot use since it is not on my account.Amazon is now starting to steal from customers.

**Complaint Type:** Billing/Collection Issues    **Status:** Answered 



05/02/2022

I enrolled in Amazon prime free trial for a month and after a few days I was charged $10.61. I did not purchase anything during this time frame or acquire any services from them for me to be charged. I immediately canceled my prime membership sent a request for a refund and was told there was no issues with my account. I simply want reimbursed $10.61.



**Business Response**

05/04/2022

Hello ****,

I'm Vijay from Amazon.com. I'm writing in response to a complaint filed on your behalf by the Better Business Bureau BBB - I've provided the BBB with a copy of this message.

I've reviewed your complaint and I can understand the inconvenience caused due to the unknown charge of $10.61 on your account. I'm sorry about that.

I've checked your account and the subscriptions; I would like to confirm that this $10.61 charge is not towards your Prime Membership. Your account is still on active Prime Free Trial and is expected to be cancelled on May 17, 2022.

This $10.61 charge is towards Paramount+ Premium subscription which started as a one week free trial on April 17, 2022 and renewed to paid membership on April 24, 2022 once the free trial ended.

**Complaint Type:** Billing/Collection Issues     **Status:** Answered 

04/30/2022



Unauthorize charges to credit card ending # ****. 3/28/22 was charged $12,99 Amazon prime # ***MB9k31 about May 2 called Amazon. 4/28/22 was charged $14.99 Amazon prime # 1Q0SX5C60 May 30 called Amazon. Amazon account ***************** ************ ********** I called was told to dispute charge with my bank. I was told by using the prime charge number they know what account is unauthorizing using my card and the still are letting them do it, and it is against their policy to tell me who it is. I was told to stop these charges is cancel my credit card. It is a lot of work to cancel a credit card and reestablish all the automatic payments, it would be a lot easy for them to stop charging my credit card.

**Complaint Type:** Billing/Collection Issues     **Status:** Answered 

04/29/2022



AGAIN, AFTER 3 YEARS TRYING STOP AMAZON FROM CHARGING MY CREDIT CARD. I have not placed any orders or my husband ******************** have not place any others with Amazon. I have a charge of $16.37 dated 4/29/22and $191.05 dated 3/23/22, on my credit card and I am so tired of cancelling existing card. Like I mentioned to your representative, I do not have any applications for Amazon, therefore, you should not be charging my accounts. I am requesting that you ceased from processing any charge against my card.

**Complaint Type:** Billing/Collection Issues     **Status:** Answered  

04/29/2022

Amazon Prime is billing my credit card for non-existent subscription services. I had a Prime Account for groceries more than 5 years ago however cancelled it via the website and removed all payment methods. My cancellation was due to fraud charges by some unknown party/entity for ESPN channels and play subscriptions that I NEVER signed up for or received. Accordingly, both the account and the charges are fraudulent. I hate Amazon as it is **** with fraud. Additionally when I canceled my ill=fated account-I removed all payment methods/credit cards indicated on the defunct account to avoid the fraud. My credit card company instructed me to contact Amazon about the forced authorizations however it is impossible to contact Amazon to file a complaint unless you reactivate an email and verify an account with them. I will do no such thing as I do not want to deal with the prior cancelled account because you know..I cancelled it. In all, I want the charges to stop as well as get a contact number for those customers subjected to fraud by way of Amazon.

**Complaint Type:** Billing/Collection Issues     **Status:** Answered 

04/26/2022



I have been getting billed by Amazon for Prime services for a long while now without consent. I have tried to cancel this many times, and Amazon reps by phone and messaging have all REFUSED to help me regain access to the account (not accepting my password, won't let me change it, won't access my account for me, won't cancel services). I have been back and forth with them for MONTHS now, and they still REFUSE to help. I need the BBB's help to resolve this, and be reimbursed for the unauthorized billing, along with canceling the account, as I will never give them another ***** after this incident.

08/06/2021



Amazon keeps charging me for a Prime membership fee even though I never signed up for it, and I don't want. I have asked them to cancel it multiple times and turn off whatever setting is causing this, and still it appears. It has taken me so much time to cancel this charge each month.



09/25/2021

I have an Amazon Prime account which I use to be able to get free shipping. I had decided to cancel the account on the 14th of September, since I was not using it. I was sent a message that I would be refunded $13.90 in 3-5 business days. I checked the account on the 25th of September, with no refund. I called customer service and found that they charged my daughters card instead of mine. I remove my cards after 24 hours due to hacking. Customer service says they charged my daughter and then sent her the refund. The last time my daughter used Amazon was in April, which her card was also promptly removed. The only cards that show up on my account is my two cards. Why did Amazon charge someone who is not on the account and then refund money that was not theirs. When asked to speak to someone who is in charged, the CS rep stated you can go no further. I would like to have this resolved with public knowledge known. Amazon does not erase your cards when you remove them from the site.



08/23/2021

I keep getting charged and pay for Amazon prime even though I canceled the service months ago both online and via phone call. I ordered a phone for my elderly father and it said "delivery due Thursayd...the delivery due Friday then delivery due Saturday and now it says delayed. It is a criminal money mongering gimmick to get people to pay inflated prices for speedy delivery. It is fraud and I want restitution. I canceled this service long ago. I also kept getting charged for Amazon music after canceling it. I am no longer being charged for that, however. They gave me a credit for false charges for that. Amazon is stealing millions. Unreal this is allowed to happen. Also...as an American English speaking person I would expect to call and talk to someone who speaks clear english...not the case with my Amazon experience.



08/17/2021

I signed up for a free trial at Amazon Prime Video and ended it before the free trial was up. I received a notice that the Prime Membership was paused on March 13,2021. But I started seeing charge of $5.99 on my March Credit Card dated Feb,March,April,June and July 18th each month Under Amazon Video. I contacted them and they said there were no such charges. I forwarded them scans of all the bills as well as the charges and of the membership being paused. I have tried to contact them for a confirmation of the documents, but they just send long emails with all the ways to call them with no mention of my claim.



08/02/2021

I just learned today that Amazon Prime has been double billing me. They opened an acct by my email and by my cell phone and both charged me $16.14/mo for at least 2 years. I also learned that they have been charging me for 3 video services that I never ordered and have not used: *****, *** and **** ***. I want a history of charges to these two accounts and want my money refunded. The person on the phone would only refund 3 months of charges. And they refuse to print my history. They only transferred me to the next person and I had to repeat the whole thing over and over. They do it to irritate customers. Very f'ed up of them. But they know what they're doing and they want to make it impossible to get info. If they are intelligent enough to double bill me, then they can produce the billing history so I know who much they've stolen from me.



07/07/2021

In June AMAZON selected me for a free Amazon prime trial without my knowledge. 30 days later my bank account was charged 12.99. I complained & a refund was issued. The same has occurred in July with am Amazon prime charge I never set up. I have tried to resolve this with customer service in June 2021 and now July 2021. I understand when trials are set up inadvertently but that's not the scenario. Please help investigate and uncover this free trial added without my permission



07/18/2021

Every month Amazon takes 13.63 from my checking for a Amazon Prime membership. I canceled my prime membership months ago. I have to fight every month to get my money back. This month they charged me again 13.63.



07/13/2021

Charged $13.60 for Amazon Prime account without my permission. I do not want Amazon Prime, I did not request it, this $ was stolen from my account & not refunded immediately when requested.



07/07/2021

I am getting charged for an Amazon Prime account that i did not authorize on my ***** Shop Your Way credit card. I was unaware I was being billed initially and I never signed up for this. I contacted the credit card company and they told me to resolve it with Amazon Prime. I contacted Amazon Prime and they removed the charge but I am still getting billed monthly. Amazon is aware of the account, so it exists, however, when I go online to cancel it there, the account does not exist. Amazon Account number: ********* My email: ******************** My phone number: ************ This is the phone number and email address that I used to contact Amazon with.



06/11/2021

I had a free trail with Amazon for their Prime service. On May 30, I checked on their website and was told the trail lasted for another 105 days. On June 1 I was charged $8.71 for Amazon Music, but I never authorized any subscription to Amazon Music or approved any other Amazon Music transaction. It looks like they lied about the free trail to charge me for their services.



06/10/2021

I noticed a charge on my bank statement from Amazon Prime for $13.88. I didn't k now what that charge was for so I called Amazon. I was told it was for my Amazon Prime subscription. I told her I didn't have/need a subscription since a friend added me to her account (as allowed by Amazon). I asked when did I start this subscription and was told July 2019!! The agent tried to be helpful, but after several holds I was told the only thing she could do was offer me 6 months refund. I asked to talk with a supervisor. I explained it all again to a gentleman who didn't seem to care. He asked if I realized how many times I had ordered getting the free Prime shipping rates? I told him I had been getting this because of my friend. I asked how did I subscribe? He said it was because I had clicked on the 1-2 day Prime ship rate. He also said I had been sent an email letting me know. I asked if he could provide a copy and he said no. I did not agree to this subscription and would like a total refund



05/29/2021

In approximately early October of 2020 I was blocked from a consumer account with Amazon. I was upset about it initially but after about a month I gave in and just figured oh well, I will utilize other businesses for what I need. However, Amazon continued to charge for prime until today May 29th because I cancelled over the phone. Every month I was charged I called and spoke to their representatives who told me that they were escalating the issue to get my account back and they couldn't cancel because my account was on hold. Finally today May 29th, 2021 I was told by a representative that I had to dispute the charges with my bank. This is fraud and absolutely ridiculous that I have been charged for prime for 7 months when I kept getting told they were trying to fix knowing very well that nothing could be done. It's sad that a big corporation like Amazon is this way. I have times and dates of calls and also my bank statements showing charges if needed.



06/04/2021

I had a Amazon prime account. I chose to cancel it and not renew it. But for the last 5 months it continues to charge different cards that are in my account. I have called each month and they continue to tell me that it will not try to renew for the next month. But each month it continues to do it. I am tired of calling each month to have it stoped. I have chosen "online" as well as had the customer service people I have spoken to each month stop it from doing it.



05/27/2021

In January of 2021 Amazon started charging my card for two memberships. 1/04/2021 - 13.90 1/12/2021 - 14.03 2/03/2021 - 13.90 2/12/2021 - 14.03. I caught this error in February and tried to cancel this membership and the second membership they said I had. 3/12/2021 - 14.03 This was the only charge. (This shouldn't have been charged at all) 4/07/2021 - 13.90 - They added back the account I canceled. (This has yet to be refunded) 4/12/2021 - Another 14.03 charge (This has been refunded) 5/12/2021 - Again another 14.03 charged for a canceled membership. (Agent today said they are refunding this) I am so tired of dealing with this company I need something done. Because no one that helps me does it right and I keep getting charged for services I'm not even using because I canceled them.



04/29/2021

On April 24, I found an offer in my Amazon account (which I was logged into at the time) offering me a free 30-day trial for Amazon Prime. I signed up for the free 30-day trial and then was immediately billed for it. I have contacted Amazon numerous times to attempt to resolve this and here is the litany of nonsense I have been told: 1. I have more than 1 Amazon account (not true) 2. I signed up on my phone and that's why it is is not free (also not true--you can't sign up for prime on the mobile app) 3. I was not logged into my account when I clicked on the offer; had I been logged in I would not have been able to sign up (also not true) 4. There was a system error that offered me the free trial, so Amazon is not responsible for it All of the above is, of course, absolute nonsense and there is no way all of these things could be true at the same time. In addition, when speaking with Amazon, I have been interrupted, talked over, hung up on. They have also deleted chat records.



04/14/2021

15 Months of subscription Charges for Amazon Kids charged without consent. These Charges were never authorized and started auto charging a year after the children were gifted Amazon Fire tablets for Christmas. The Tablets required to be hooked up to an existing Amazon account to be activated and stated nothing about subscription charges. In addition the Subscription charges did not appear Order history or in Subscriptions. It only appears in Digital Orders. We make no digital order except a reoccurring Prime subscription so we had no reason to check this part of the site



04/10/2021

I was charged for a Amazon Prime yearly membership when I purchased something as a Guest on Amazon. I did not agree to any Prime membership. In fact, my Amazon account was old w incorrect information. Im on fixed income and this may cause my medication payments to bounce. Apparently this a a nationwide problem and Amazon does not stop and target vunerable people.



03/03/2021

On March 2, 2021, Amazon charged me for a service I did not sign up for. As always, the customer must file a formal complaint to speak to anyone at Amazon because Amazon thinks they're too good to communicate with their customers via email.



04/07/2021

We have been charged more than 600 $ by Amazon for their Kindle Unlimited subscription for more than five years without knowing we had this service. Amazon never sent us any emails or notifications saying we subscribed to this service either. I recently found out about this charge and contacted Amazon immediately, but they said they can only refund the current month and asked us to contact bank for the refund of other charges. Unfortunately, the bank notified us they can only refund a few more months. After all these calls, I only got about 80 $ back. I feel very disappointed about Amazon customer service and think they cheated their customers money. We also feel very frustrated about this whole process between them and the bank. I sincerely hope you can help us solve this problem and recover our losses.

41.    Other subscribers to the Amazon Subscriptions left similar complaints on the

Trustpilot website.[64]



Apr 15, 2022

**absolutely disgusting**

absolutely disgusting, even when you cancel a subscription and get confirmation that's been cancelled they still take money from you and tell you it's still active, I cancelled it for a reason because I don't want it anymore.



Mar 20, 2022

**Trick Subscribe Button for Amazon Prime**

So annoyed. I was clicking through the cart of amazon to work out what the shipping costs would be when an ad for Amazon Prime and their 'free shipping' (I mean, you pay for the subscription) came up. The button on the right said continue and I clicked on it before realising that in a small print underneath that it said 'with Amazon Prime' and that the button to just continue without buying Prime was in tiny blue font on the other side of the screen. I'm sure they purposely swapped around the visual signifiers to confuse people. It's just such a dogdy way to do business.

---

[64]                                                                                         *See*

https://www.trustpilot.com/review/www.amazon.com?search=subscription&stars=1&stars=2;
https://www.trustpilot.com/review/amazonprime.com?stars=1&stars=2;
https://www.trustpilot.com/review/primevideo.com?stars=1&search=cancel (last accessed Jun. 14, 2022).

 Jan 19, 2022

**Audible is charging my CC even tgh...**

Audible is charging my CC even tgh officially I do not have any acc with Audible I used to. BC my acc is not active I can not close it online. Now Audible is saying I have to shut down my Amazon acc to end the Audible subscription. If you call they do not even try to help just hang up .Nice Audible if I closew my Amazon acc I loose Prime Photos MUsic etc. Do not trust Amazon with your stuff

 Updated Feb 25, 2022

**Amazon Prime subscription nightmare**

My prime subscription has been cancelled for 3 months and every month the bank charge keeps coming up. The consultants at customer care keep redirecting me to different places but I can't seem to stop the transaction. Canceling an account is the biggest rigmarole and there just doesn't seem to be a solution. I keep being redirected and it feels like it is set up in such a difficult way so that it makes it exhausting for you and eventually you just give up. But at the same time I don't even have access to the account anymore. What a mess.

 Jan 10, 2022

**I joined Amazon Prime 3 months ago ,all...**

I joined Amazon Prime 3 months ago ,all was good until i noticed they were not only taking one subscription but two,one from the uk and one from the USA apparently this is a common problem.
Trying to sort it out isa a nightmare, can,t find who i have to contact ,UK says it,s the USA,the USA says it,s UK,when i did manage to speak to a human she was in INDIA and i could not understand what she was saying.
I will never deal with Amazon again,

38

  Dec 2, 2021

### I contacted the Amazon prime customer…

I contacted the Amazon prime customer service chat option when my 30 day free trial stopped working after 2 days because it was trying to take money out of my account. Spoke with someone called Zee. Beyond angry and frustrated with the experience I had. Yes she was polite, very professional, I will give her that. But my god, no matter what I said she asked the same question over and over insinuating that the free trial not working was my fault because I don't have funds in my card. Hun it's a free trial!! I then was made to add a new card THREE TIMES because she did not listen when I told her I updated it the first time! She then told me my only option was to cancel the subscription and resubscribe and pay!! And that I'd have to wait on a refund which I was not going to believe after she had been extremely useless!! All of this way over one hour! She then magically fixed the issue which made me even angrier as she could've done that in the first place instead of insisting the only option was either update my card or cancelling and resubscribing! A simple 10 minute query turned into a one hour fiasco! Never again

  A day ago

### Received false notification of effective date of increase & funds not returned

I was sent an email by Amazon on Feb.18 stating that annual Prime subscription fee would be raised after March 25. Since my renewal date was March 20, I believed that my 2022 renewal would be at price pre-increase, $119 instead of $139. When I contested this charge, I was told to pay up or my subscription would be cancelled. I accepted this, but Amazon has been contesting my claim with my Visa credit account & Chase Bank refuses to reverse this charge.

  A day ago

### Amazon is a scam

Amazon is a scam. The no way to stop them charging you for the Prime membership. Cancelling does not work. They keep renewing it themselves.

 A day ago

**Amazon Prime**

Tried to phone Amazon prime as they've been charging my husband for it. He's been in hospital since January 2022. There is no monies in his account so I thought I will let Amazon Prime know that he won't be coming home, therefore to cancel it. I was on the phone for 34 minutes and still the operator couldn't get the email address down properly even using the phonetic alphabet. In the end I was screaming at him to put me onto a manager. So stressful which I don't need at present. He wouldn't and said a manager would phone me back in 15 minutes. Been over an hour now and no phone call. Well now they will have to sue him for the money as I can't afford it and I'm only sorting his things out as a friend as we've been separated 3 years. Cannot believe it took 34 minutes and still he couldn't get the email in the correct order. I'm surprised they run a business.

 2 days ago

**Being charged twice for an Amazon Prime…**

Being charged twice for an Amazon Prime subscription is not where it's at for me. Trying to get assistance is also a mission, so unfortunately I've had to cancel my subscription.

 7 days ago

**This whole amazon prime thing SHOULD be…**

This whole amazon prime thing SHOULD be called SCAM.. There is no part I need on amazon which supports amazon prime delivery, there is no free film on prime video, all which I want to watch are extra paid and prime gaming gives me constant errors so I can´t claim anything. THEY EVEN CHARGE YOU FOR FREE TRIAL AND IF YOU CANCEL YOU WILL LOSE IT IMEDIATELLY!! What a joke

 May 22, 2022

**Watch your checking account**

Watch your checking account! Amazon online is not complying with subscription cancelations. Second month I had to call them to cancel a subscription and on top of it all I was on a shared account with my wife's account. Are they stealing? Use your own judgement! Now 7-10 days to get a refund? Sure, Amazon gets rich off of false billing with bank interest holding on to yours and my money. I'm skeptical of Amazon policies and people friendly act. You should be aware of all activity in your account and hold Amazon accountable for prime benefits. 2 day max delivery has vanished. Another review….

 Updated May 14, 2022

**Don't even trust amazon prime account…**

Don't even trust amazon prime account which they are promising and it will never happens, when you call them they can say only to you sorry nothing else if you wish to speak with their manager you have to wait like 2 hours if you're lucky they might give you a call otherwise you have to call by your self again and that's why Jeff made an fortunes on customers like us they don't really give a \*\*\*\* about you the only thing matters them is your money nothing else.

 Mar 24, 2022

**Bait and switch.l**

Signed up for their 30 day free trial. Was charged $8.20. I called and was told I was not eligible for their 30 day free trial despite never having used them before. I cancelled membership and am awaiting a refund. Takes them 5 seconds to take the money out of my account, but 3-5 days to put back in. It was a bait and switch. Very disappointing and a waste of time for me.

 **Colin Billington**
✎ 3 reviews

 May 6, 2021

**Videos limited and access problems**

Could not access videos wanted to charge me all the time and was very limited selection anyway. Also the number of steps to ==cancel== subscription was ridiculous.

 Feb 1, 2021

**Very underhanded how they cojole you…**

Very underhanded how they cojole you into signing up & make it very difficult to ==cancel==. It must be bordering on misleading consumers I think. A bit shameful to be honest how they do it.



**Pro loque**
✎ 5 reviews

★ ☆ ☆ ☆ ☆                                    Updated Apr 29, 2021

**prime video keep charging membership**

I though I did cancel the subscription and then found out they still charged me
for the membership. They make it difficult to cancel the membership. I have
removed my credit card from amazon as they can't be trusted.



**Philippe Treacy**
✎ 1 review

★ ☆ ☆ ☆ ☆                                              Mar 16, 2021

**Impossible to cancel**

Impossible to cancel. Can't do it on the app you need to use your browser and
then when you click the cancel membership button nothing happens and my
card still gets charged. When I went to contest the charge via a chargeback
they started charging my girlfriends credit card. Avoid at all costs.



★ ☆ ☆ ☆ ☆                                              Feb 1, 2021

**Amazon Prime is rammed down the throat...**

Amazon Prime is rammed down the throat of anyone who logs in. There are
many ways that anyone with one wrong click can end up with an Unwanted
Prime account. It is made much more difficult to cancel this unwanted option.
The cancellation page is buried down inside your account details. When you
do reach it and select Cancel it does not cancel but offers to Keep this
unwanted option. When you again opt to cancel it still does not cancel but
again offers to keep this unwanted option. When you select to cancel for the
3rd time it still does not cancel for the next month. There seems to be no-way
of Immediately cancelling an accidental/unwanted Prime membership! 1 click
to accidentally get Immediate unwanted Prime membership. After going to
your Account Details it's 3 clicks to be offered cancellation starting Next
Month!

 Jan 2, 2021

**Unwanted prime membership**

Ordered an item that came with free delivery only to find that I had been charged for prime membership. Despite the free postage outside of prime I was charged 50% of the monthly fee to ==cancel== my 2 hour 'unused' prime membership. Complete rip off

 Dec 29, 2020

**Unwanted amazon prime**

After buying a item off amazon I find that a substription for amazon prime was taken from my bank account when I had not subscribed and it's not easy to ==cancel==. I shall not be buying anything else from amazon disgusting

 Nov 18, 2020

**Very difficult to find on the site...**

Very difficult to find on the site where to ==cancel== membership. This is obviously a cunning and deceptive method Amazon uses to prevent people cancelling their membership

**WF**  **Will Fix**
✎ 1 review

 Updated Nov 14, 2020

**This is how Amazon became one of the...**

This is how Amazon became one of the biggest foundation. You buy one item, could be simple like I did $16 thing. With no contract it took 5 monthly payments of Amazon prime then I worked on to cease it, no one click to ==cancel==. I talked this issue out and found millions are falling in the same trap. Amazon guy see u in hell for stealing people's money.



**Mr Mc Donald**
🖉 13 reviews

★☆☆☆☆                                    Nov 3, 2020

### Be very careful with this service

Be very careful with this sErvice. It seems that you are signed up for it
whatever you order on their website. I have had to cancel this service now 4
times and have decided not to order from Amazon any more as they hide the
fact they are signing you up fpr the service which isn't worth it anyway. It
seems whatever you do at checkout they decide to sign you up even if you
don't want it, BE CAREFUL !!!



**Rick Kelso**
🖉 1 review

★☆☆☆☆                                    Apr 7, 2020

### I don't know how I even became a member…

I don't know how I even became a member of Amazon Prime. But I noticed
that I am being billed $12.99 for Amazon Prime. I called to cancel it and I get a
recording telling me that they are not answering the phone and I can do
business with them by logging into my account. Problem is how do I get
credited for the 2 months they billed me for?



**Freespeech1 June**
🖉 2 reviews

★☆☆☆☆                                    Updated Mar 5, 2020

### I clicked for 30 day free trial

I clicked for 30 day free trial, couldn't stream the series I wanted, after 30
days they started debiting my card without advising me they'd signed me up
for paid membership! It's taken two days to cancel everything, I have asked
for money back, i will see! Surely that is illegal if you just start with the free
trial!!



42.     Yet more unhappy subscribers left complaints in the comments of a YouTube video created to aid consumers in navigating the confusing Amazon Subscription cancellation process. Many were grateful to the video creator for explaining how to cancel where Defendants failed:[65]

> **Drâin Yöu** 2 months ago
> I'm having some trouble, mines doesn't give me the option to cancel it only gives me the option to update my settings. I accidently signed up for a free trial while ordering something and it wont let me cancel the subscription.

> **Chan Pei Sen** 4 months ago
> I want to cancel my amazon prime free trial but there is literally no option to do so. On the Manage Membership panel, mine only has the option to Update your Settings, whereas this video shows that I should have the option to Update, cancel and more. Can I get some help?

> **Knott Reel** 5 months ago
> Thanks for the great instructions. Like many of you I felt I was tricked into Prime. I tried three times to make a purchase and somehow Prime was attached and I didn't remember adding it. They shouldn't be allowed to take advantage of stupid people like me.

> **DeZeR** ديزر 5 months ago
> They took money from me today and I did not know. But please can any one help me if it is possible to get my money back. Please.

> **Scropiotrus ASMR** 5 months ago
> I cancelled it and got charged! Wtf!!

> **borg386** 5 months ago
> I canceled mine 2 months ago and they continue to charge my card. This company is such a rip off!

> **Jasmin Blake** 7 months ago
> Thanks, Amazon are an unconscionable company who need to be investigated. I am finding it confusing and pretty much impossible to cancel a service I never wanted but is set up on the website to be very easily tapped when selecting delivery options for other goods purchased.

> **Johnny Connelly** 8 months ago (edited)
> They bloody trick you onto it then make it impossible to find how to cancel,they are greedy.

---

[65] *See* https://www.youtube.com/watch?v=YUlGTOaHslM (last accessed Jun. 14, 2022).



43.     The above reviews are just a sampling of numerous negative reviews consumers have left regarding Defendants' Amazon Subscriptions and the unclear cancellation policies and confusing billing associated with the Subscriptions.   As discussed below, the above online consumer complaints reveal a widespread pattern of uniform unlawful conduct by Defendants, underscoring the artifice devised and employed by Defendants to lure and deceive millions of consumers into enrolling, and remaining enrolled, in their paid Amazon Subscription programs.

C.      **Background On Relevant Virginia Law**

44.      In 1977, the Virginia Legislature enacted the Virginia Consumer Protection Act ("VCPA"), Va. Code §§ 59.1-196, *et seq.*, with the intent to "promote fair and ethical standards of dealings between suppliers and the consuming public."   Va. Code § 59.1-197 (statement of legislative intent).

45.      More recently, in 2019, Virginia's House Bill 911 amended the VCPA to include chapter 17.8, consisting of sections numbered 59.1-207.45 through 59.1-207.49 (the "ARL"), adding new requirements meant to increase consumer protections for, among other things, orders that contain free trial and promotional pricing, and subscription agreements entered into online. Violations of the ARL "constitute a prohibited practice under the provisions of § 59.1-200 and [are] subject to the enforcement provisions of the [VCPA]."  Va. Code § 59.1-207.49; *see also* Va. Code § 59.1-200(A)(58) ("A. The following fraudulent acts or practices committed by a supplier in connection with a consumer transaction are hereby declared unlawful: … 58. Violating any provision of Chapter 17.8 (§ 59.1-207.45 *et seq.*)[.]").

46.      The ARL makes it unlawful for any "supplier making an automatic renewal or continuous service offer to a consumer in the Commonwealth [to] do any of the following:"

> (1)  Fail to present the automatic renewal offer terms or continuous service offer terms in a clear and conspicuous manner before the consumer becomes obligated on the automatic renewal or continuous service offer and in visual proximity, or in the case of an offer conveyed by voice, in temporal proximity, to the request for the consent to the offer.

> (2)  Charge the consumer's credit or debit card or the consumer's account with a third party for an automatic renewal or continuous service without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms.

> (3)  Fail to provide an acknowledgment that includes the automatic renewal offer terms or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer.  If the offer includes a free trial, the supplier shall also disclose in the acknowledgment how to cancel the free trial before the consumer pays or becomes obligated to pay for the goods or services.

Va. Code § 59.1-207.46(A)(1)-(3).

47.    Section 59.1-207.46(B) of the ARL requires e-commerce sellers, doing business in Virginia, to allow online cancellation of auto-renewing memberships or recurring purchases that were initiated online:

> A supplier making automatic renewal or continuous service offers shall provide a toll-free telephone number, an electronic mail address, a postal address only when the supplier directly bills the consumer, or another cost-effective, timely, and easy-to-use mechanism for cancellation that shall be described in the acknowledgment specified in subdivision A 3.  Each supplier making automatic renewal or continuous service offers through an online website shall make available a conspicuous online option to cancel a recurring purchase of a good or service.

Va. Code § 59.1-207.46(A)(1)-(3).

48.    Section 59.1-207.45 of the ARL defines the term "Automatic renewal" as a "plan or arrangement in which a paid subscription or purchasing agreement is automatically renewed at the end of a definite term for a subsequent term."  Va. Code § 59.1-207.45.

49.    Section 59.1-207.45 of the ARL defines the term "Automatic renewal offer terms" as "the following clear and conspicuous disclosures:  (1) That the subscription or purchasing agreement will continue until the consumer cancels.  (2) The description of the cancellation policy that applies to the offer.  (3) The recurring charges that will be charged to the consumer's credit or debit card or payment account with a third party as part of the automatic renewal plan or arrangement, and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known.  (4) The length of the automatic renewal term or that the service is continuous, unless the length of the term is chosen by the consumer.  (5) The minimum purchase obligation, if any."  Va. Code § 59.1-207.45.

50.    Pursuant to Section 59.1-207.45 of the ARL, "clear and conspicuous" or "clearly and conspicuously" means "in larger type than the surrounding text, or in contrasting type, font, or color to the surrounding text of the same size, or set off from the surrounding text of the same

size by symbols or other marks, in a manner that clearly calls attention to the language." Va. Code
§ 59.1-207.45.

51.     Finally, Section 59.1-207.47 of the Virginia ARL provides that "[i]n any case in
which a supplier sends any goods, wares, merchandise, or products to a consumer under a
continuous service agreement or automatic renewal of a purchase without first obtaining the
consumer's affirmative consent as described in § 59.1-207.46, the goods, wares, merchandise, or
products shall for all purposes be deemed an unconditional gift to the consumer, who may use or
dispose of the same in any manner he sees fit without any obligation whatsoever on the consumer's
part to the supplier[.]" Va. Code § 59.1-207.47.

52.     As alleged below, Defendants' practices on the Amazon Platform systematically
violate Sections 59.1-207.46(A)(1), 59.1-207.46(A)(2), and 59.1-207.46(A)(3) of the ARL.

**D.      Defendants' Business: The Amazon Subscription Enrollment
        Process**

53.     At all relevant times, Defendants offered, via the Amazon Platform, various
Amazon Subscriptions for access to exclusive Amazon content, products, and/or services on a
contract or fee basis.  The Amazon Subscriptions are offered on a recurring basis for monthly
and/or yearly renewal terms, and all plans automatically renew at the end of the defined renewal
term unless the subscriber cancels.  For example, when customers sign up for Amazon Prime on a
free trial basis, at the end of the initial one-month trial period, their subscriptions are converted to
paid subscriptions and charged the full amount, currently $14.99, for the next month, and every
month thereafter if they do not cancel.  Similarly, customers enrolled for the monthly Amazon
Music Unlimited Subscription on a free trial basis are, after the initial trial period, automatically
charged the full standard monthly rate of $9.99 for the subsequent month, and every month
thereafter if they do not cancel.  Likewise, customers enrolled for the monthly Prime Video
Subscription on a free trial basis are, after the initial one-month term, automatically charged the

full standard monthly rate for the subsequent month, and every month thereafter if they do not cancel. After the initial trial period ends, customers similarly enrolled in a free trial subscription of Audible are also automatically charged the full standard monthly rate for the subsequent month, and every month thereafter if they do not cancel.[66] Defendants' Amazon Subscriptions constitute automatic renewal and/or continuous service plans or arrangements for the purposes of Virginia's ARL, *see* Va. Code § 59.1-207.45.

54.     To sign up for one of Defendants' Amazon Subscriptions, the consumer must first select a program. From the Amazon Platform, prospective subscribers can review features of – and find links to the individual enrollment webpages for – each of Defendants' subscription offerings, including the Amazon Subscriptions at issue.

55.     Consumers can sign up for one of Defendants' Amazon Subscription plans through the Amazon Website or, in some cases, the Amazon Apps. Defendants automatically enroll customers who purchase a paid Amazon Subscription or free trial via the Amazon Platform in their chosen Amazon Subscription program going forward, by default. In addition, customers may sign up for some or all of the Amazon Subscriptions on a free-trial basis for a limited time. Nevertheless, customers that enroll in a free trial, like those that sign up for a paid subscription, must provide Defendants their payment information at the time of enrollment. Customers' free trial subscriptions automatically convert to paid monthly subscriptions at the end of the trial period, at which point those users are also enrolled by Defendants in their chosen paid Amazon Subscription program and their Payment Methods are automatically charged by Defendants on a recurring monthly or yearly basis in the amount of the full, promotional, or discounted rate

---

[66] The enrollment process for Defendants' monthly and annual subscription offerings for Amazon Prime Video Channels, Amazon Prime Book Box, Amazon Kids+, Kindle Unlimited, ComiXology Unlimited, Amazon Subscription Boxes, Blink Subscriptions, and Amazon Photos is substantially similar to the above examples.

associated with that program, continuing indefinitely until the customer takes affirmative steps to cancel.

56.     The enrollment process for each Amazon Subscription at issue is substantially the same, regardless of the medium used.  In general, after selecting one of the Amazon Subscriptions, those navigating the enrollment process on the Amazon Website are directed to a final webpage (the "Checkout Page"), where prospective subscribers are prompted to input their payment information and then invited to complete their purchase.[67]  For the purposes of the Virginia ARL and this Complaint, the "relevant portion of the Checkout Page" refers to the text of that portion of the Checkout Page that appears "in visual proximity … to the request for the consent to the offer" (Va. Code § 59.1-207.46(A)(1)), which in this case pertains to the text nearby the final yellow button that customers must press in order to complete the checkout process.

57.     By way of example, when a consumer signs up for a free trial of Amazon Prime via computer web browser, the "relevant portion of the Checkout Page" refers to the disclosures in the block of text immediately below the "Start your 30 day free trial" button (for free trials, as of at least approximately November 2021[68]) or the "Activate Prime benefits" button (for straight-to-

---

[67] Defendants require basic users to register or create an account in order to utilize features on the Amazon Platform, so prospective subscribers to any of the Amazon Subscriptions must either create an Amazon account or "sign in" to a preexisting Amazon account before they can reach the Checkout Page.

[68] Note that, following November 2021 (*i.e.*, the approximate date of the exemplar free trial Amazon Prime Checkout Page shown below, which was captured as a screenshot from Defendants' website), Defendants raised the full standard monthly renewal price associated with Amazon Prime from $12.99 per month to $14.99 per month.  The new price point went into effect for new subscribers on February 25, 2022, and after March 25, 2022 for then-current Prime members.  Otherwise, the Checkout Page for a free trial to Amazon Prime remains substantially and substantively unchanged as of the date of this filing.

paid Prime subscriptions, as of June 9, 2022), *i.e.*, the "request for consent" (red boxes added to images for emphasis):[69]

**Amazon Prime Checkout Page – Free Trial Subscription**



**Amazon Prime Checkout Page – Straight-to-Paid Subscription**

---

[69] Defendants also occasionally offer trial subscriptions at a promotional price for a limited period of time.  For instance, at least as of November 15, 2021, consumers who subscribed to Prime through Defendants' website were offered an "Amazon Prime One Week Trial for only $1.99" that, after one week, will automatically renew at the full standard rate of $12.99 per month. On this version of the Amazon Prime Checkout Page, the final yellow checkout button reads "Try Prime[,]" with the following text appearing beneath that button:

> By signing up, you agree to the <u>Amazon Prime Terms</u> and authorize us to charge default payment method or another payment method on file. **After your One-Week $1.99 Trial of Amazon Prime, your Amazon Prime membership continues for $12.99/month until cancelled. If you do not wish to continue for $12.99/month + any taxes, you may cancel any time by visiting Your Account.** For customers in Hawaii, Puerto Rico, and Alaska please visit the <u>Amazon Prime Shipping Benefits</u> page to check various shipping options.

(Bolding in original, underlining added to denote hyperlink).  Of note, beginning in February 2022, Defendants raised the full standard renewal price associated with Amazon Prime to $14.99 per month or $139 per year.

58.    Similarly, the relevant portion of the Checkout Page for a free trial subscription to Amazon Music Unlimited refers to the block of text immediately below the "Sign-up and pay" button (red markings added for emphasis):[70]

---

[70] Although, as demonstrated in the varying screenshots above, Defendants have altered the text featured on the Amazon Music Unlimited Checkout Page from time to time, in all cases the relevant portion of the Checkout Page refers to the block of text in immediate proximity to the yellow button that reads "Sign-up and pay."  The top version listing a $7.99 monthly renewal rate was captured from the Amazon Website on or around November of 2021.  The enlarged bottom version listing a $9.99 monthly renewal rate was captured from the Amazon Website on or around June 14, 2022.  In all cases, the relevant portion of the Amazon Music Unlimited Checkout Page fails to adequately disclose the automatic renewal terms.



59.     The layout and text of the Checkout Pages for each of the other paid Amazon Subscriptions (including, without limitation, Amazon Prime Video, Amazon Prime Video Channels, Amazon Prime Book Box, Amazon Kids+, Kindle Unlimited, Audible, ComiXology Unlimited, Amazon Subscription Boxes, Amazon Photos, and any other paid Amazon Subscription) is aesthetically and functionally similar to the Checkout Pages for Amazon Prime and Amazon Music Unlimited shown above.[71]  In all cases, the relevant portion of the Checkout

---

[71] Although Defendants have, from time to time, altered the text featured on the Amazon

Page fails to adequately disclose the automatic renewal terms associated with Defendants' Amazon Subscriptions in the manner required by law.

60.     Regardless of how the consumer subscribes (whether via the Amazon Website, on either the desktop or mobile format, or through the Amazon App(s)), and irrespective of which particular Amazon Subscription or of which specific plan the subscriber selects (whether for a monthly or annual renewal term, or for a free trial, straight-to-paid, or discounted-rate student or family subscription), Defendants fail to disclose the full terms of their auto-renewal programs either before or after checkout, and they never require the individual consumer to read or affirmatively agree to any terms of service, *i.e.*, by requiring consumers to click a checkbox next to the automatic renewal offer terms before consumers complete the checkout process and submit their orders for their Amazon Subscriptions. Consequently, Defendants uniformly fail to obtain any form of consent from – or even provide effective notice to – their subscribers before charging consumers' Payment Methods on a recurring basis.

### E.    Defendants Violate Virginia's Automatic Renewal Law

61.     At all relevant times, Defendants failed to comply with the ARL in three core ways: (i) Defendants failed to present the automatic renewal offer terms in a clear and conspicuous manner and in visual proximity to the request for consent to the offer before the subscription or purchasing agreement was fulfilled, in violation of Va. Code § 59.1-207.46(A)(1); (ii) Defendants charged Plaintiff's and Class members' Payment Methods without first obtaining their affirmative consent to the agreement containing the automatic renewal offer terms, in violation of Va. Code §

---

Subscription Checkout Pages, in all cases the relevant portion of the Checkout Page refers to the block of text immediately below the final yellow button that a subscriber must click in order to complete the checkout process, which, in the above examples, reads "Start your 30 day free trial," "Try Prime," and "Sign-up and pay." As another example, the final yellow checkout button featured on the version of the Audible Checkout Page that appeared on Defendants' Website on or around October 29, 2021, reads "$0.00 Unlock Free."

59.1-207.46(A)(2); and (iii) Defendants failed to provide an acknowledgment that included the automatic renewal offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer, in violation of Va. Code § 59.1-207.46(A)(3).  The acknowledgment also fails to disclose a toll-free telephone number or describe another cost-effective, timely and easy-to-use mechanism for cancellation, and in fact Defendants make it exceedingly difficult and unnecessarily confusing for consumers to cancel their Amazon Subscriptions, in violation of Virginia's ARL under Section 59.1-207.46(B).

**1.    Defendants Fail To Clearly And Conspicuously Present The Amazon Subscription Offer Terms Before The Subscription Agreement Is Fulfilled And In Visual Proximity To The Request For Consent To The Offer.**

62.    First, the relevant portion of the Checkout Page for each of the Amazon Subscriptions does not present the complete automatic renewal "offer terms[,]" as defined by Va. Code § 59.1-207.45, in violation of Section 59.1-207.46(A)(1) of the ARL.  Specifically, although the Checkout Pages for the Amazon Subscriptions explain that by signing up the consumer authorizes Defendants to charge his or her Payment Method after the free trial ends and that the subscription will continue until cancelled, a reasonable consumer would find that statement unclear in regards to whether formal cancellation is required to stop Defendants from automatically charging renewal fees to customers' Payment Methods on a recurring basis.  Moreover, this term appears *beneath* the yellow "final checkout" button (*i.e.*, the request for consent featured on any Amazon Subscription Checkout Page), which is *not* the portion of the Checkout Page with which the ARL is concerned, as reasonable consumers do not typically read past the final checkout button.  By contrast, the portion of each Checkout Page that is in "visual proximity" to the request for consent is utterly silent as to the recurring nature of the Amazon Subscriptions and their associated automatic renewal fees.  Moreover, the text featured beneath the final checkout button of each Checkout Page is in smaller type than – and is *not* presented in contrasting font or color to

– the surrounding text, and it is not set off from the surrounding text of the same size by any symbols or other marks in a manner that clearly calls attention to the language.  In other words, the disclosure was presented in such a way that it could be, and was, easily overlooked, and is therefore not "clear and conspicuous" as defined by Section 59.1-207.45 of the Virginia ARL.  As such, with respect to each of the Amazon Subscriptions, Defendants fail to adequately disclose "[t]hat the subscription or purchasing agreement will continue until the consumer cancels" in the manner required by statute.  *See* Va. Code §§ 59.1-207.45, 59.1-207.46(A)(1).

63.    The relevant portion of the Checkout Pages for the Amazon Subscriptions additionally violate the Virginia ARL because they do not adequately disclose the recurring amount to be charged to the subscriber's Payment Method each billing period.  For instance, the Amazon Prime Checkout Page shown above, *see supra* (screenshot of Prime free trial Checkout Page, at top of page), provides that subscribers will be charged $12.99 or $14.99 per month (depending on when the subscriber enrolled) after the free trial period ends, that term appears *beneath* the yellow "final checkout" button (*i.e.*, the request for consent featured on any Amazon Subscription Checkout Page).  Likewise, the Amazon Music Unlimited Checkout Page shown above, *see supra* (screenshots of Music Unlimited Checkout Page), provides that subscribers will be charged $7.99 or $9.99 per month (depending on when the subscriber enrolled) after the free trial period ends, which again appears *beneath* the yellow final checkout button.  However, as explained above, the presentation of terms in this part of the Checkout Page beneath the checkout button is <u>not</u> the "visual proximity" that the ARL requires, *see* Va. Code § 59.1-207.46(A)(1), and is therefore *not* the portion of the Checkout Page with which the ARL is concerned.  As above, the text appearing *above* the final checkout button on the Amazon Prime Checkout Page is utterly silent as to the recurring amounts to be charged following enrollment and/or the end of the trial period.  Thus, with respect to Amazon Prime at least, Defendants fail to provide notice of "[t]he

recurring charges that will be charged to the consumer's [Payment Method] as part of the automatic renewal plan or arrangement and that the amount of the charge may change, if that is the case, and the amount to which the charge will change, if known[,]" *see* Va. Code § 59.1-207.45, in violation of Section 59.1-207.46(A)(1) of the ARL.

64.    For each of the Amazon Subscriptions, Defendants also fail to present a complete "description of the cancellation policy that applies to the offer[,]" *see* Va. Code § 59.1-207.45, in violation of the ARL.  For instance, with respect to cancellation, the relevant portion of the Checkout Page for Amazon Music Unlimited states: "Cancel renewal any time in by visiting Your Amazon Music Settings."  Similarly, the relevant portion of the Amazon Prime Checkout Page states: "you may cancel any time by visiting Your Account."  And the relevant portion of the Audible Checkout Page merely directs subscribers to "Cancel anytime."  The Checkout Pages for the other Amazon Subscriptions at issue provides substantially the same disclosure(s) regarding the basic ability to affect cancellation.  However, the Checkout Pages for the Amazon Subscriptions contain no explanation of *how* to cancel.  For instance, the Checkout Pages do not mention that, in order to cancel, subscribers must find and click a "Manage Membership" button, and be "redirected to Prime Central where you'll want to select Update, cancel, and more and follow the on-screen instructions," as is set forth elsewhere in the Amazon Website.[72]  The Checkout Pages also fail to place subscribers on notice that, in order to receive a refund upon cancellation, only "Paid members who haven't used their benefits are eligible for a full refund of the current membership period," and they must cancel their Amazon Subscriptions "within 3 business days of signing up or converting from a free trial to a paid membership" to obtain a refund,

---

[72] https://www.amazon.com/s?k=how+to+cancel+prime&crid=33FPBJ6XUBLI4&sprefix=how+to +cancel+prime%2Caps%2C151&ref=nb_sb_noss_1.

as is also set forth elsewhere in the Amazon Website.[73]  Moreover, Defendants do not specify

anywhere on the Checkout Pages that customers must "notify [Amazon] before a charge that [they]

want to cancel or do not want to auto renew" in order to avoid being automatically renewed and

billed for the following renewal term, as do terms set forth on other pages of Defendants' website.[74]

Yet, prior to checkout, Defendants were obligated by law to place consumers on notice of these

aspects of Defendants' cancellation policy in accordance with the ARL, which requires that

companies provide such information "in visual proximity … to the request for consent to the

[automatic renewal] offer."  Va. Code § 59.1-207.46(A)(1).  However, Defendants failed, and

continue to fail, to satisfy that requirement.

### 2. Defendants Fail To Obtain Consumers' Affirmative Consent To The Offer Terms Associated With The Amazon Subscriptions.

65.    Second, with respect to each of the Amazon Subscriptions, Defendants do not at

any point during the checkout process require consumers to read or affirmatively agree to any

terms of service associated with their Amazon Subscriptions, *e.g.*, by requiring consumers to select

or click a "checkbox" next to the automatic renewal offer terms to complete the checkout process.

Accordingly, when Defendants automatically renew customers' Amazon Subscriptions,

Defendants charge consumers' Payment Methods without first obtaining their affirmative consent

to the agreement containing the automatic renewal offer terms, in violation of the ARL under Va.

Code § 59.1-207.46(A)(2).

---

[73]        https://www.amazon.com/gp/help/customer/display.html?ref_=help_search_1-1&nodeId=G2B9L3YR7LR8J4XP&qid=1635538830941&sr=1-.

[74] *Id.*

3.    **Defendants Fail To Provide A Post-Checkout Acknowledgment That Clearly And Conspicuously Discloses The Required Amazon Subscription Offer Terms.**

66.    Finally, after Plaintiff and the members of the proposed Classes subscribed to one of Defendants' Amazon Subscriptions, Defendants sent to Plaintiff and the Class email follow-ups regarding their purchases (the "Acknowledgment Emails").

67.    By way of example, consumers who enroll in Amazon Prime receive an email from Defendants upon completion of the checkout process.  The subject line of the Acknowledgment Email Defendants sent to Amazon Prime subscribers (the "Amazon Prime Acknowledgment Email") stated: "[Subscriber Name], Welcome to Amazon Prime! Enjoy the best of shopping and

entertainment."  The body of the Amazon Prime Acknowledgment Email contained the following

text and images (red boxes added to emphasize relevant terms):





68.    Similarly, the subject line of the Acknowledgment Email that Defendants send to consumers who enrolled in a straight-to-paid Amazon Music Unlimited Subscription (the "Amazon Music Unlimited Acknowledgement Email") states: "Welcome to Amazon Music Unlimited[.]"  The body of the Email contained the following text and images (red box added to emphasize relevant terms):

Subject: Welcome to Amazon Music Unlimited
To: <​███████████████​>




Welcome to
Amazon Music Unlimited

Your free trial has started. You'll now enjoy unlimited streaming of tens
of millions of songs, plus thousands of stations and playlists.

**START LISTENING**




Any song, **anywhere.**

Take your music with you wherever you go
with the Amazon music app on your
smartphone, desktop, or tablet.

**GET THE APP**



69.     Likewise, when consumers sign up for a *free trial* subscription to Amazon Music Unlimited (rather than a straight-to-paid subscription, as shown in the example above), Defendants send subscribers a nearly identical Acknowledgement Email featuring substantially the same disclosures, also buried in tiny grey font at the bottom of the email (red box added to screenshot for emphasis:

> Your subscription to Amazon Music Unlimited has started. Your subscription costs $0.00 for the first 3 months and then $7.99 per month after, plus any taxes and will be charged to your default card or another card on file. Your subscription renews monthly after the introductory offer. Cancel renewal anytime. Review your subscription by visiting Amazon Music settings. **The renewal price above may not reflect any promotions applied to your account**, which can be viewed by visiting Amazon Music settings. For more details, read our Amazon Music Terms of Use.

70.     The other Acknowledgment Emails that Defendants sent, and continues to send, to consumers who enroll in the other Amazon Subscriptions at issue upon completion of the checkout process are substantially similar to the Amazon Prime and Music Unlimited Acknowledgment Emails shown above.  As with the Checkout Pages, the Amazon Acknowledgment Emails –

including but not limited to the Acknowledgment Emails shown above for Amazon Prime and Music Unlimited – failed to provide Plaintiff and members of the Class with the complete automatic renewal or continuous service terms that applied to the offer, a description of the full cancellation policy, or any specific information regarding how to cancel.

71.     Specifically, as the above exemplars make clear, the Acknowledgment Emails for the Amazon Subscriptions, like the corresponding Checkout Pages, do not clearly and conspicuously disclose the continuous nature of the subscription or purchasing agreement, and they also fail to adequately or fully describe the complete cancellation policy associated with a consumer's given Amazon Subscription, the recurring price to be charged to the consumers' Payment Method as part of the automatic renewal or continuous service plan or arrangement, and the length of the automatic renewal term or that the service is continuous.  Any such disclosures of required automatic renewal terms are either missing altogether or are deceptively incomplete, objectively inaccurate, and/or are inconspicuously buried in the tiny, grey fine print at the bottom of the Acknowledgment Emails (*i.e.*, hidden in the fine print).

72.     For example, the only mention on the Acknowledgment Emails shown above of the recurring price to be charged in connection with Amazon Prime and Music Unlimited occurs in such a block of fine print.  *See* Va. Code § 59.1-207.45 (defining "Automatic renewal offer terms" to include "clear and conspicuous disclosures" regarding "[t]he recurring charges that will be charged to the consumer's [Payment Method] as part of the automatic renewal or continuous service plan or arrangement").  In other words, that disclosure and any others required disclosures accompanying it within the same block of text were presented in such a way that they could be, and were (*e.g.*, by Plaintiff, as alleged below), easily overlooked.  Such disclosures are therefore not "clear and conspicuous" as that term is defined by the ARL under Va. Code § 59.1-207.45, in violation of the ARL under Va. Code § 59.1-207.46(A)(1).

73.     Likewise, although the fine print of the Acknowledgment Emails may also contain some relevant language like that of the corresponding Checkout Pages – indicating (without stating outright) that the subscription or purchasing agreement will continue until the consumer cancels and providing the length of the automatic renewal term or that the service is continuous – any such disclosures are also hidden in the fine print at the bottom of the Acknowledgment Emails in tiny gray font.  *See* Va. Code § 59.1-207.45 (defining "Automatic renewal offer terms" to include "clear and conspicuous disclosures[] … [t]hat the subscription or purchasing agreement will continue until the consumer cancels[ and regarding] … "[t]he length of the automatic renewal term or that the service is continuous").  Thus, the Acknowledgment Emails, like the Checkout Pages, do not provide this information in a clear and conspicuous manner as the ARL requires.

74.     The same is true concerning the cancellation policies applicable to the Amazon Subscriptions, disclosures about which are buried in the fine print of the Acknowledgment Emails or altogether missing from them.  Nor is any cancellation information that appears in the fine print regarding cancellation comprehensive.  For instance, the Acknowledgment Emails above do not specify that subscribers must not use any benefits prior to cancellation or that cancellation must be affected prior to the next charge to the consumer, as is set forth on other pages of the Amazon Platform that Plaintiff and Class Members were neither required nor prompted to view.  As such, the Acknowledgment Emails shown above fail to provide a description of Defendants' complete cancellation policy, *see* Va. Code § 59.1-207.45  (defining "Automatic renewal offer terms" to include "clear and conspicuous disclosures" regarding "the cancellation policy that applies to the offer"), which also violates the ARL under Va. Code § 59.1-207.46(A)(3).

75.     Additionally, the Acknowledgment Emails fail to provide a toll-free telephone number or describe another cost-effective, timely and easy-to-use mechanism for cancellation, and

in fact Defendants make it exceedingly difficult and unnecessarily confusing for consumers to cancel their Amazon Subscriptions, which violates the ARL under Va. Code § 59.1-207.46(B).

76.    In sum, the Acknowledgment Emails do not adequately disclose the requisite terms – the "Automatic renewal offer terms" as defined by Va. Code § 59.1-207.45 of the Virginia ARL – in violation of Section 59.1-207.46(A)(3) of the ARL.  Further, the Acknowledgment Emails fail to provide a clear, conspicuous, and complete description of the applicable cancellation mechanism and specifically how to cancel, in violation of Section Va. Code § 59.1-207.46(B) of the ARL.

77.    At all relevant times, Defendants have been well aware that their Amazon Subscriptions fail to comply with the ARL.  Indeed, by virtue of the large volume of online consumer complaints discussed above regarding Defendants' billing practices with respect to the Amazon Subscriptions (*see, e.g.*, *supra*), investigations by governmental entities and/or third-party organizations – including, among others, the Norwegian Consumer Council ("NCC"), the Federal Trade Commission ("FTC"), and internet privacy watchdog Electronic Privacy Information Center ("EPIC") (*see id.*) – into substantially similar complaints concerning the Amazon Subscriptions, Defendants' long and documented history of using dark patterns on the Amazon Platform to affect subscription enrollment, and Amazon's own leaked internal documentation evidencing same, Defendants knew or should have known that their conduct constitutes violations of Virginia law.

78.    By and through these actions, Defendants have charged Plaintiff's and Class members' Payment Methods in direct violation of the ARL.  As a result, all goods, wares, merchandise, and/or products sent to Plaintiff and the Classes upon the automatic renewal of their subscription agreements and without Plaintiff's and Class members' affirmative consent to the offer terms are deemed to be "unconditional gifts" pursuant to Section 59.1-207.47 of the ARL. *See* Va. Code § 59.1-207.47.

79.    Plaintiff brings this action individually and on behalf of similarly situated individuals in the United States against Defendants for conversion, unjust enrichment, negligent misrepresentation, and fraud.  Specifically, Plaintiff Adams, individually and on behalf of similarly situated individuals in Virginia, brings this action against Defendants for violations of Section 59.1-200(A) of Virginia's Consumer Protection Act ("VCPA").  As set forth in detail below, Plaintiff Adams's VCPA claims – which are based on, *inter alia*, Defendants' failure to adequately provide the requisite disclosures and authorizations required to be made to Virginia consumers under Va. Code § 59.1-207.46 – arise under Va. Code § 59.1-200(A)(58).

## PLAINTIFF'S INDIVIDUAL ALLEGATIONS

80.    Plaintiff Cynthia Adams is an individual consumer who signed up for an Amazon Prime subscription on a free trial basis from Defendants' website while in Virginia in or around January 2020.  At the time Ms. Adams signed up for her Amazon Subscription, she provided her Payment Method directly to Defendants.

81.    Before Ms. Adams purchased her Amazon Subscription, Defendants did not disclose to her all required automatic renewal offer terms associated with the subscription program.  Additionally, although the Checkout Page from which Ms. Adams made her purchase included some relevant information regarding automatic renewal, the manner in which this information was presented was insufficient to put her on notice.  Specifically, prior to completing her initial Amazon Subscription order, the relevant screens and buttons presented to Ms. Adams did not clearly and conspicuously state that her Amazon Subscription would automatically renew every month until she cancelled; they did not state the recurring charges that would be charged to Ms. Adams's Payment Method as part of the automatic renewal plan, explain that the amount of the charge would change, or disclose the amount to which the charge would change; and they did not describe the full cancellation policy that applied to her purchase.

82.     At no point prior to completing her initial purchase did Defendants obtain Ms. Adams's affirmative consent to an agreement containing the automatic renewal offer terms.

83.     After Ms. Adams completed her initial order, Defendants sent her an Acknowledgment Email stating that her Amazon Subscription had been activated.  However, as discussed above, that Acknowledgment Email failed to provide Ms. Adams with the complete automatic renewal terms that applied to Defendants' offer, a description of Defendants' full cancellation policy, or information regarding how to cancel Ms. Adams's Amazon Subscription in a manner capable of being retained by her.  Ms. Adams did not receive any other acknowledgments that contain the required information.

84.     As a result of Defendants' missing and otherwise deficient disclosures, when Ms. Adams selected and enrolled in her Amazon Prime free trial subscription, she was unaware that Defendants had enrolled her in an "automatic renewal" program under which her subscription would renew each month and result in continuous monthly automatic renewal charges to her Payment Method unless and until Ms. Adams canceled the subscription.

85.     Nevertheless, shortly after Ms. Adams first signed up for her free trial to Amazon Prime, Defendants automatically renewed Ms. Adams's Amazon Prime Subscription and charged Ms. Adams's Payment Method approximately $12.99, the full monthly standard membership fee then associated with the paid monthly Amazon Prime Subscription (including applicable taxes and fees[75]), without her knowing or affirmative consent.  Thereafter, Defendants continued to automatically renew Ms. Adams's Amazon Prime Subscription at the then-full standard rate on a monthly basis and charged her Payment Method an additional thirty (30) times, for a total of thirty-

---

[75] Excluding taxes and fees, at the time she enrolled in and incurred fee(s) in connection with Amazon Prime, the monthly price of Plaintiff Adams's Prime subscription was $12.99, as is listed in the fine print at the bottom of the exemplar Amazon Prime Checkout Page and Acknowledgment Email shown above, *see supra* ¶¶ 57, 59.  Amazon has since raised the monthly subscription cost to $14.99 per month.

one (31)) unauthorized charges to Ms. Adams's Payment Method between January 2020 and July

2022, without Ms. Adams's knowing or affirmative consent.

86.    As shown by the table below, during the life of Ms. Adams's Amazon Subscription,

Defendant posted a total of 31 unauthorized charges to Ms. Adams's Payment Method, and she

has therefore sustained financial injury in the sum total of approximately $402.69 in unauthorized

subscription fees posted to Ms. Adams's Payment Method during the Class Period without her

knowing or affirmative consent (including eighteen (18) unauthorized charges amounting to

$233.82 within the last twenty-four months alone):

| Billing Date | Amount |
|---|---|
| January 2020 | $12.99 |
| February 2020 | $12.99 |
| March 2020 | $12.99 |
| April 2020 | $12.99 |
| May 2020 | $12.99 |
| June 2020 | $12.99 |
| July 2020 | $12.99 |
| August 2020 | $12.99 |
| September 2020 | $12.99 |
| October 2020 | $12.99 |
| November 2020 | $12.99 |
| December 2020 | $12.99 |
| January 2021 | $12.99 |
| February 2021 | $12.99 |
| March 2021 | $12.99 |
| April 2021 | $12.99 |
| May 2021 | $12.99 |

| | |
|---|---|
| June 2021 | $12.99 |
| July 2021 | $12.99 |
| August 2021 | $12.99 |
| September 2021 | $12.99 |
| October 2021 | $12.99 |
| November 2021 | $12.99 |
| December 2021 | $12.99 |
| January 2022 | $12.99 |
| February 2022 | $12.99 |
| March 2022 | $12.99 |
| April 2022 | $12.99 |
| May 2022 | $12.99 |
| June 2022 | $12.99 |
| July 2022 | $12.99 |
| | **Total: $402.69** |

87.    The monthly fee(s) that Defendants charged to Ms. Adams's Payment Method in connection with her Amazon Prime subscription came as a surprise to Ms. Adams because, up until that point, she was unsure of how long her free trial would last or when, if ever, the first charge would occur following the conclusion of her free trial.  She believed that Amazon would inform her following the expiration of the free trial period and, at that point, obtain her consent to continued monthly charges in connection with Amazon Prime if she wished to continue with the paid subscription.  As a result, because Ms. Adams was under the impression that she had more time to test out the service and decide whether it was worth paying for on an ongoing basis, she had not expected to incur any renewal fee at the time Defendants posted it to Ms. Adams's Payment Method.

88.    Ms. Adams was unaware of the recurring price that would be charged in connection with Amazon Prime until, upon review of the account banking history associated with her Payment Method, she saw the monthly charges on her Payment Method, at which point the free trial had already ended and the automatic charges had already begun.

89.    Ms. Adams's confusion and surprise about price and billing date is the direct result of Defendants' failure to place Ms. Adams on notice of the length of the free trial period and of the recurring amount that would be charged to Ms. Adams's Payment Method as part of her Amazon Subscription.  Specifically, this information was buried in the fine print on both the Checkout Page and the Acknowledgment Email as noted above, and was therefore presented in such a way that the term could be – and, by Plaintiff Adams, was – easily overlooked, and is therefore not "clear and conspicuous" as defined by Section 59.1-207.46(A)(1) of the ARL.

90.    Moreover, even though, as Ms. Adams ultimately discovered, Defendants withdrew $12.99 from Ms. Adams's Payment Method on a monthly basis in connection with her Amazon Prime subscription, the Checkout Page that Ms. Adams and all Prime subscribers viewed during the enrollment process, as well as the Acknowledgment Email that Ms. Adams and all Prime subscribers received following enrollment, both indicate – in the easily-overlooked fine print – that the recurring price to be charged in connection with a monthly Amazon Prime Subscription would be $12.99.  Thus, even had the Acknowledgment Email presented this amount, the supposed recurring price to be charged in connection with the Prime automatic renewal program, it did not do so "clearly and conspicuously" as the ARL requires, *see* Va. Code § 59.1-207.46(A)(1); Va. Code § 59.1-207.46(A)(2); Va. Code § 59.1-207.46(A)(3).

91.    Because Defendants failed to disclose this material information in the manner required by statute, Ms. Adams was unable at the point of sale to accept Defendants' offer or knowingly enter into to the purchase agreement.

92.    At the time of and following enrollment in her free trial to Amazon Prime, Ms. Adams did not expect that, once the free trial ended, Defendants would automatically post subscription fees to her Payment Method on a monthly basis without further confirmation on her part.  Even so, Ms. Adams decided to cancel her Amazon Prime subscription prior to the end of the free trial period associated with her Amazon Subscription – or, rather, prior to what *Ms. Adams believed to be* the end of the free trial period – to avoid incurring any potential future charges that may be associated with Amazon Prime.  But once she set out to affect cancellation, Ms. Adams was not sure where to start.  Due to this lack of clarity, the process was not timely.  Thus, Ms. Adams struggled to affect cancellation due to Defendants' obscured, confusing, and time-consuming cancellation policy.

93.    Ultimately, Ms. Adams attempted to cancel her Amazon Subscription through options she found on the Account Management webpage of the Amazon Website.  Once Ms. Adams completed this process, she believed that this attempt at cancellation was effective, and that she would not incur any future charges in connection with Amazon Prime.  However, approximately two years later, Ms. Adams learned upon review of her billing statements and banking history that, notwithstanding her attempt to cancel her free trial to Amazon Prime, Defendants automatically renewed Ms. Adams's Amazon Subscription upon the end expiration of the free trial period and, without Ms. Adams's affirmative consent, charged Ms. Adams's Payment Method in the full standard monthly rate associated with her Amazon Subscription.  Thus, Ms. Adams's attempt at cancellation one month earlier was utterly ineffective.

94.    Promptly after learning of Defendants' renewal charge(s) to her Payment Method, Ms. Adams again attempted to cancel her Amazon Subscription.  Since Ms. Adams's first attempt to cancel using Defendants' exclusively online cancellation mechanism on the Amazon Website was not effective, for her second attempt Ms. Adams decided to simply shut down her entire

Amazon account.  Accordingly, Ms. Adams stopped using Amazon altogether.  When that proved ineffective, Ms. Adams also stopped using her PayPal account altogether, in an attempt to halt all potential future charges related to her unwanted Amazon Subscription.

95.    Ultimately, Ms. Adams was only able to affect cancellation and thereby end the recurring charges by completely removing all of her payment information from Amazon entirely. Without proper information for the debit and/or credit card associated with her Amazon Subscription, Defendants' unwanted charges finally stopped in July 2022.

96.    Ms. Adams was not previously aware of the above aspects of Defendants' cancellation policy.  At no point during her Amazon Subscription was Ms. Adams required or even prompted to navigate to or otherwise examine any of the terms disclosed on any other page of the Amazon Website, aside from the Checkout Page.  Defendants neglected to disclose this information to Ms. Adams either at the point of purchase on the Checkout Page or later in the Acknowledgment Email that Defendants sent to Ms. Adams after she completed the checkout process.  Accordingly, Defendants failed to place Ms. Adams on notice of their cancellation policy or provide Ms. Adams information regarding how to cancel in a manner that is capable of being retained by her, in violation of Va. Code § 59.1-207.46(A)(1)-(3).

97.    Moreover, even if the Acknowledgment Email *had* contained Defendants' complete cancellation policy (it did not), for the reasons stated above the "mechanism for cancellation" that exists is not one Ms. Adams and other reasonable consumers would consider "easy-to-use."  Defendants therefore failed to provide Ms. Adams with an "easy-to-use mechanism for cancellation" or describe any such mechanism in an Acknowledgment Email, in violation of Va. Code § 59.1-207.46(B).

98.    Defendants' pre- and post-purchase disclosures fail to comply with the ARL, which deems products provided in violation of the statute to be an unconditional gift to consumers.  *See*

Va. Code § 59.1-207.47.

99.    Each and every monthly charge posted to Ms. Adams's Payment Method in connection with her Amazon Subscription amounts to a distinct economic injury as a result of Defendants' continued and further unlawful conduct.  Therefore, each recurring charge Ms. Adams incurred in connection with her Amazon Subscription gives rise to an independently actionable claim under the VCPA based on Defendants' repeated unlawful practice of charging consumers' Payment Methods without first providing and obtaining the requisite disclosures and authorizations, in violation of the Virginia ARL.

100.    As a direct result of Defendants' unlawful conduct described above, Ms. Adams suffered economic injuries.  Specifically, Defendants' ARL violations caused Ms. Adams continuous and repeated financial injuries because Ms. Adams reasonably relied on Defendants' conspicuous disclosures of the Checkout Page and the Acknowledgment Email (and, as a natural corollary, the omissions and/or the inconspicuousness of the disclosures contained therein) in deciding whether to purchase her Amazon Subscription in the first place and whether to continue paying for it after that (*i.e.*, by not cancelling the auto-renewal).

101.    Had Defendants complied with the ARL by adequately disclosing – and obtaining Ms. Adams's affirmative consent to – the requisite Amazon Subscription terms on the Checkout Page at the point of Ms. Adams's initial purchase, Ms. Adams would have been able to read and review the auto renewal terms prior to purchase and she would have not subscribed to Amazon Prime in the first place, or would have subscribed on materially different terms, thereby avoiding financial injury of any kind as a result of Defendants' ARL violations.

102.    Similarly, had Defendants complied with the ARL by adequately disclosing the terms associated with her Amazon Subscription in the post-checkout Acknowledgment Email (*i.e.*, after initial enrollment in Amazon Prime, but before any subsequent automatic renewal charge of

Ms. Adams's Payment Method), Ms. Adams would have been able to read and review the auto renewal terms prior to another automatic renewal, and she would have cancelled her Amazon Subscription prior to the expiration of the subscription period in which she learned such information, thereby avoiding all or part of the aggregate automatic renewal charges Ms. Adams incurred in connection with Amazon Prime from the time of enrollment in January 2020, to July 2022. But Defendants did not adequately disclose the required automatic renewal terms in either the Checkout Page or the Acknowledgment Email, depriving Ms. Adams of the opportunity to make informed decisions as to the recurring transactions.

## CLASS ALLEGATIONS

103.     The facts giving rise to Ms. Adams's claims are materially the same as the Class she seeks to represent.

104.     *Class Definition*: Plaintiff brings this action on behalf of herself and all others similarly situated, as a class action pursuant to Federal Rule of Civil Procedure 23. The classes Plaintiff seeks to represent are defined as follows:

(a)     *Virginia Class*: All persons in Virginia who, within the applicable statute of limitations period, up to and including the date of final judgment in this action, incurred fee(s) in connection with Defendants' Amazon Subscription offerings (the "Virginia Class").

(b)     *Nationwide Class*: All persons in the United States who, within the applicable statute of limitations periods, up to and including the date of final judgment in this action, incurred fee(s) in connection with Defendants' Amazon Subscription offerings (the "Nationwide Class").

105.     Specifically excluded from the Classes are Defendants and any entities in which Defendants have a controlling interest, Defendants' agents and employees, the judge to whom this action is assigned, members of the judge's staff, and the judge's immediate family.

106.     Plaintiff reserves the right to amend the definition of the Classes if discovery or further investigation reveals that the proposed Virginia and/or Nationwide Classes should be expanded or otherwise modified.

107.     ***Numerosity***.  Members of the Classes are so numerous that their individual joinder herein is impracticable.  On information and belief, the Virginia and Nationwide Classes each comprise at least hundreds of thousands or millions of consumers throughout Virginia.  The precise number of members of the Classes and their identities are unknown to Plaintiff at this time but may be determined through discovery.  Class members may be notified of the pendency of this action by mail and/or publication through the distribution records of Defendants.

108.     ***Commonality and Predominance***.  Common questions of law and fact exist as to all Class members and predominate over questions affecting only individual Class members.  Common legal and factual questions include, but are not limited to, the following:

(a)     ***The Virginia Class***: (i) whether Defendants' Amazon Subscriptions constitute "Automatic renewal[s]" and/or "Continuous service[s]" within the meaning of Va. Code § 59.1-207.45; (ii) whether Defendants failed to present the automatic renewal offer terms, or continuous service offer terms, in a clear and conspicuous manner before the subscription or purchasing agreement was fulfilled and in visual proximity to the request for consent to the offer, in violation of Va. Code § 59.1-207.46(A)(1); (iii) whether Defendants charged Plaintiff Adams's and Virginia Class members' Payment Method for an automatic renewal or continuous service without first obtaining their affirmative consent to the automatic renewal offer terms or continuous service offer terms in violation of Va. Code § 59.1-207.46(A)(2); (iv) whether Defendants failed to provide an acknowledgment that included the automatic renewal or continuous service offer terms and information on how to cancel in a manner that is capable of being retained by Plaintiff Adams and the Virginia Class, in violation of Va. Code § 59.1-207.46(A)(3); (v) whether the goods

and services provided by Defendants to consumers pursuant to the Amazon Subscriptions are deemed "unconditional gifts" in accordance with Va. Code § 59.1-207.47; (vi) whether Defendants' failure to comply with the Virginia ARL as alleged herein violated the VCPA's prohibitions of engaging in unlawful practices in the course of their business, vocation, or occupation under Va. Code § 59.1-200(A)(58); (vii) whether Defendants' conduct was proscribed by the VCPA pursuant to Section 59.1-207.46(A)(3), which provides that "[i]f the offer includes a free trial, the supplier shall also disclose in the acknowledgment how to cancel the free trial before the consumer pays or becomes obligated to pay for the goods or services"; (viii) whether Plaintiff Adams and members of the Virginia Class suffered ascertainable loss of money or property as a result of Defendants' conduct; (ix) whether Plaintiff Adams and members of the Virginia Class are entitled to recover actual damages or $500, whichever is greater, per violation pursuant to Va. Code § 59.1-204(A); (x) whether Defendants' use or employment of the unlawful practice(s) alleged herein was willful and/or reckless or knowing, and therefore Plaintiff Adams and members of the Virginia Class are entitled to damages of an amount not exceeding three times the actual damages sustained, or $1,000, whichever is greater pursuant to Va. Code § 59.1-204(A); (xi) whether Plaintiff Adams and the Virginia Class are entitled to attorneys' fees and costs under Va. Code § 59.1-204(B); and (xii) whether Defendants should be enjoined from further engaging in the misconduct alleged herein.

(b)    ***The Nationwide Class***:    whether Defendants' conduct alleged herein constitutes conversion, unjust enrichment, negligent misrepresentation, and/or fraud; (ii) whether Plaintiff and the proposed Nationwide Class are entitled to damages and/or restitution; and (iii) whether Defendants should be enjoined from further engaging in the misconduct alleged herein.

109.    ***Typicality***.  The claims of Plaintiff are typical of the claims of the proposed Classes in that Plaintiff and members of the proposed Classes sustained damages as a result of Defendants'

uniform wrongful conduct, based upon, *inter alia*, Defendants' failure to adequately disclose and obtain Plaintiff's and the Classes members' affirmative consent to the automatic renewal offer terms associated with the Amazon Subscriptions before charging their Payment Methods.

110.    ***Adequacy***.  Plaintiff will fairly and adequately protect Class members' interests. Plaintiff has no interests antagonistic to Class members' interests, and Plaintiff has retained counsel that have considerable experience and success in prosecuting complex class-actions and consumer-protection cases.

111.    ***Superiority***.  A class action is superior to all other available methods for the fair and efficient adjudication of this controversy for, *inter alia*, the following reasons: prosecutions of individual actions are economically impractical for members of the Classes; the Classes are readily definable; prosecution as a class action avoids repetitious litigation and duplicative litigation costs, conserves judicial resources, and ensures uniformity of decisions; and prosecution as a class action permits claims to be handled in an orderly and expeditious manner.

112.    Defendants have acted or failed to act on grounds generally applicable to the Classes, thereby making appropriate final injunctive relief with respect to the Classes as wholes.

113.    Without a class action, Defendants will continue a course of action that will result in further damages to Plaintiff and members of the Classes will likely retain the benefits of Defendants' wrongdoing.

114.    Based on the foregoing allegations, Plaintiff's claims for relief include those set forth below.

**COUNT I**
**Violations of Virginia's Consumer Protection Act ("VCPA")**
**Va. Code §§ 59.1-200(A)(58)**
**(*On Behalf Of The Virginia Class*)**

115.    Plaintiff re-alleges and incorporates by reference every allegation set forth in the preceding paragraphs as though alleged in this Count.

116.    Plaintiff Cynthia Adams brings this claim individually and on behalf of the members of the proposed Virginia Class against Defendants.

117.    The Virginia Consumer Protection Act ("VCPA"), which was enacted in 1977 and is codified at Va. Code § 59.1-196, *et seq.*, is a remedial statutory scheme enacted as a comprehensive statute for the protection of consumers from unlawful trade practices.  The VCPA prohibits unlawful practices in the course of the person's business, vocation, or occupation with respect to both general and specific conduct.  Specifically proscribed conduct is set forth under Section 59.1-200, which has 72 subsections and many of which refer to other provisions of the Code of Virginia.  *See* Va. Code § 59.1-200(A)-(B).

118.    The VCPA authorizes private civil actions.  Pursuant to Section 59.1-204(A) of the VCPA, "[a]ny person who suffers loss as the result of a violation of this chapter shall be entitled to initiate an action to recovery actual damages, or $500, whichever is greater."  Va. Code § 59.1-204(A).

119.    Each Defendant is a "Person" as defined in Va. Code § 59.1-198.

120.    The Amazon Subscriptions are goods as defined by Va. Code § 59.1-198, because they constitute products that may be obtained primarily for personal, family, or household uses.

121.    As explained below, at all relevant times, Defendants violated, and continue to violate, the VCPA's proscription against engaging in unlawful conduct by charging customers certain types of fees without first disclosing the required pre-purchase information and obtaining authorization in the particular way that the law requires under Va. Code § 59.1-207.46.

122.    Specifically, Defendants' actions are "unlawful" within the meaning of the VCPA because they violated Chapter 17.8 of the Code of Virginia, Virginia's Automatic Renewal Law (the "Virginia ARL"), Va. Code 59.1-207.45, *et seq.*, in direct violation of Section 59.1-200(A)(58) of the VCPA.  In particular, subsequent to consumers' (including Plaintiff Adams's

and Virginia Class members') initial enrollments in the Amazon Subscriptions, Defendants automatically charge subscription fees to consumers' Payment Methods, notwithstanding Defendants' uniform and systematic failure to provide legally required information at the point of purchase.  As is explained in the above paragraphs of this complaint, which are incorporated herein by reference, by doing so, Defendants violate multiple provisions of Virginia's ARL.

123.    Defendants' noncompliance with the Virginia ARL is a direct violation of VCPA. *See* Va. Code § 59.1-200 ("(A) The following fraudulent acts or practices committed by a supplier in connection with a consumer transaction are hereby declared unlawful: … (58) Violating any provision of Chapter 17.8 (§ 59.1-207.45, *et seq.*)").

124.    Defendants violated, and continue to violate, the ARL because, at all relevant times, they failed, and continue to fail, to:  (a) provide the auto-renewal terms associated with the Amazon Subscriptions in a clear and conspicuous manner before the subscription or purchasing agreement is fulfilled and in visual proximity to the request for consent to the offer, in violation of Va. Code § 59.1-207.46(A)(1); (b) obtain the affirmative consent of Plaintiff Adams and the Virginia Class to those terms before charging their Payment Methods, in violation of Va. Code § 59.1-207.46(A)(2); and (c) provide an acknowledgment that includes the automatic renewal or continuous service offer terms, cancellation policy, and information regarding how to cancel in a manner that is capable of being retained by the consumer, in violation of Va. Code § 59.1-207.46(A)(3).  Defendants also make it exceedingly difficult and unnecessarily confusing for consumers to cancel their Amazon Subscriptions, in violation of Va. Code § 59.1-207.46(B).

125.    Each of these acts and practices constitutes an independent violation of the Virginia ARL, and thus an independent violation of the Section 59.1-200 of the VCPA.

126.    As discussed above, Defendants were prohibited from making the automatic renewal charges to Plaintiff Adams's and Virginia Class members' Payment Methods without first

adequately disclosing to the consumer the automatic renewal offer terms associated with the Amazon Subscriptions and obtaining the consumer's affirmative consent to the agreement containing those terms. *See* Va. Code § 59.1-207.46(A)(1)-(2) ("(1) No supplier making an automatic renewal or continuous service offer to a consumer in the Commonwealth shall do any of the following:  (1) Fail to present the automatic renewal offer terms … in a clear and conspicuous manner before the consumer becomes obligated on the automatic renewal or continuous service offer and in visual proximity, … to the request for consent to the offer.  (2) Charge the consumer's [Payment Method] for an automatic renewal … without first obtaining the consumer's affirmative consent to the agreement containing the automatic renewal offer terms or continuous service offer terms").  Nevertheless, Defendants failed to do either before charging Plaintiff Adams and Virginia Class members in connection with the Amazon Subscriptions, in violation of the Virginia ARL.

127.    Moreover, pursuant to the ARL, all products received from Defendants in violation of the ARL "shall for all purposes be deemed an unconditional gift to the consumer."  Va. Code § 59.1-207.47.  In other words, once Defendants tendered, and Plaintiff Adams and Virginia Class members were provided access to, the "goods, wares, merchandise or products" of the Amazon Subscriptions (*i.e.*, their benefits) vis-à-vis their activation, Plaintiff and Class members assumed title and ownership over such goods as their property, at which point Plaintiff and Class members were vested with the right to "use or dispose of them in any manner the[y] see[] fit without any obligation to [Defendants.]"  *Id*.

128.    Thus, by ultimately revoking Plaintiff Adams's and other similarly situated Class members' access to such goods once recurring payments were eventually stopped, Defendants wrongfully deprived Plaintiff Adams and Virginia Class members of their property.

129.    Plaintiff Adams thus has sustained an ascertainable loss of money *and* property as

a result of Defendants' use or employment of methods, acts, or practices declared unlawful by Va. Code § 59.1-200 (*i.e.*, Defendants' conduct in violation of Virginia's ARL).

130.    Because Defendants illegally charged Plaintiff Adams and the Virginia Class unlawful fees in connection with the Amazon Subscriptions in violation of the Virginia ARL, Plaintiff Adams and Virginia Class members are entitled to recover statutory damages of $500 per violation of the VCPA under Va. Code § 59.1-204(A).  *See* Va. Code § 59.1-204(A) (class members can recover "actual damages, or $500, whichever is greater").

131.    In the alternative, Defendants' unlawful conduct as described above caused Plaintiff Adams's and Virginia Class members' ascertainable loss because Defendants' acts and practices were intended to deceive Plaintiff and the Class, and – as a result of Plaintiff Adams's and Virginia Class members' reasonable reliance on Defendants' omissions of material offer terms required to be disclosed by the Virginia ARL – they have resulted, and will continue to result, in damages to Plaintiff Adams and the Virginia Class in the form of ascertainable loss on money and property.

132.    As a direct and proximate result of Defendants' unlawful practices described herein, Defendants have received, and continues to hold, unlawfully obtained property and money belonging to Plaintiff Adams and the Virginia Class in the form of recurring payments collected from Plaintiff and Class members in connection with their Amazon Subscriptions.  Defendants have profited from their unlawful acts and practices in the sum total amount of such recurring payments that were collected by Defendants during the relevant time period, and any and all interest accrued thereon.  If Defendants had complied with the Virginia ARL, Defendants would not have made the unlawful charges, and would not have obtained these monies from Plaintiff Adams and the Virginia Class.

133.    As alleged above, Defendants' violations of the VCPA under Va. Code § 59.1-200

as described above were willful, as well as reckless and/or knowing, because, at the time Defendants committed the violations at issue, Defendants knew or should have known that their actions violated the Virginia VCPA. *See, e.g.*, *supra*. Therefore, because Defendants willfully charged Plaintiff Adams and the Virginia Class unlawful fees in connection with the Amazon Subscriptions in violation of the Virginia ARL, Plaintiff Adams and Virginia Class members are entitled to recover statutory damages of $1,000 per violation of the VCPA under Va. Code § 59.1-204(A). *See* Va. Code § 59.1-204(A) ("If the trier of fact finds that the violation was willful, it may increase damages to an amount not exceeding three times the actual damages sustained, or $1,000, whichever is greater.").

134.    Accordingly, Plaintiff Adams, individually and on behalf of similarly situated Virginia consumers, seeks all monetary and non-monetary relief permitted by law under Va. Code § 59.1-200 *et seq*., including Va. Code § 59.1-204(A), including equitable relief, actual damages or statutory damages of $1,000 per violation (whichever is greater), and pre- and-post judgment interest, along with any other appropriate relief deemed necessary or proper.

135.    Further, Plaintiff Adams and the Virginia Class seek recovery of punitive damages from Defendants because Defendants' conduct was reprehensible. Defendants inflicted economic injury upon Plaintiff and the proposed Class in an intentional manner by, for instance, creating or causing to exist dark patterns on the Amazon Platform in order to: (1) trick users into unwittingly signing up for recurring bills in connection with the automatically renewing Amazon Subscriptions; and (2) prevent user unsubscription from the Amazon Subscriptions by adopting complex cancellation procedures to increase the friction in the subscription cancellation process. In other words, the user interface and experience of the Amazon Platform is fundamentally designed to enhance accidental sign-ups and prevent intentional cancellation, thereby ensuring continued revenues from consumers by trapping them in the ongoing subscription purchase.

136.    Defendants utilized their singular control over the Amazon Subscriptions, and their exclusive knowledge of their omitted or inadequately disclosed policies applicable to subscribers, to induce Plaintiff Adams and the Virginia Class to purchase the Amazon Subscriptions over alternative automatic renewal programs for music and television streaming offered by competitors that feature similar benefits and content and are sold at similar and/or lesser price points.

137.    Under Va. Code § 59.1-204(B), Plaintiff Adams and Virginia Class members are also entitled to recover their reasonable attorney fees from Defendants for Defendants' violations of Virginia law as detailed herein.

## COUNT II
### Conversion
#### (On Behalf Of The Virginia Class and Nationwide Class)

138.    Plaintiff re-alleges and incorporates by reference every allegation set forth in the preceding paragraphs as though alleged in this Count.

139.    Plaintiff brings this claim individually and on behalf of the members of the proposed Virginia and Nationwide Classes against Defendants.

140.    As a result of charges made by Defendants to Plaintiff's and Nationwide Class members' Payment Methods without authorization and in violation of common law, Defendants have taken money that belongs to Plaintiff and the Nationwide Class.

141.    The amount of money wrongfully taken by Defendants is capable of identification.

142.    Defendants engaged in this conduct knowingly, willfully, and with oppression, fraud, and/or malice.

143.    As a result of Defendants' actions, Plaintiff and members of the proposed Classes have suffered damages.

## COUNT III
### Unjust Enrichment / Restitution
### *(On Behalf Of The Virginia Class and Nationwide Class)*

144.    Plaintiff hereby re-alleges and incorporates by reference every allegation set forth in the preceding paragraphs as though alleged in this Count.

145.    Plaintiff brings this claim individually and on behalf of the members of the proposed Virginia and Nationwide Classes against Defendants.

146.    Plaintiff and members of the proposed Classes conferred benefits on Defendants by purchasing the Amazon Subscriptions.

147.    Defendants have been unjustly enriched in retaining the revenues derived from Plaintiff and Class members' purchases of the Amazon Subscriptions.  Retention of those moneys under these circumstances is unjust and inequitable because Defendants' failure to disclose material terms of the purchase agreement, in violation of common law, induced Plaintiff and the Nationwide Class to purchase the Amazon Subscriptions.  These omissions caused injuries to Plaintiff and the proposed Virginia and Nationwide Classes because they would not have purchased the Amazon Subscriptions at all, or on the same terms, if the true facts were known.

148.    Because Defendants' retention of the non-gratuitous benefits conferred on them by Plaintiff and members of the proposed Classes is unjust and inequitable, Defendants must pay restitution to Plaintiff and Class members for their unjust enrichment, as ordered by the Court.

## COUNT IV
### Negligent Misrepresentation
### *(On Behalf Of The Virginia Class and Nationwide Class)*

149.    Plaintiff hereby re-alleges and incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

150.    Plaintiff brings this claim individually and on behalf of the members of the proposed Virginia and Nationwide Classes against Defendants.

151.    As discussed above, Defendants misrepresented in their advertisements and related statements made in connection with the sign-up and purchase processes for the Amazon Subscriptions that, for instance, subscribers can "cancel anytime."  Defendants also misrepresented the recurring price associated with the Amazon Subscriptions, the advertisements and related statements made in connection with which omitted applicable taxes and fees, misleading Plaintiff and Class Members as to the precise amount of money that would be withdrawn from their Payment Methods in connection with the Amazon Subscriptions.  Thus, Defendants omitted, failed to disclose, and intentionally concealed from such advertisements and related statements material facts concerning billing, cancellation, and automatic payment terms, policies, and requirements.

152.    At the time Defendants made these representations, Defendants knew or should have known that these representations were false or made them without knowledge of their truth or veracity.

153.    At an absolute minimum, Defendants negligently misrepresented and/or negligently omitted material facts about the Amazon Subscriptions and their associated terms.

154.    The negligent misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce and actually induced Plaintiff and members of the proposed Classes to purchase and enroll in Defendants' Amazon Subscription programs.

155.    Plaintiff and Nationwide Class members would not have purchased the Amazon Subscriptions if the true facts had been known.

156.    The negligent actions of Defendants caused damage to Plaintiff and members of the proposed Classes, who are entitled to damages and other legal and equitable relief as a result.

## COUNT V
### Intentional Misrepresentation/Fraud
#### (*On Behalf Of The Virginia Class and Nationwide Class*)

157.    Plaintiff hereby re-alleges and incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

158.    Plaintiff brings this claim individually and on behalf of the members of the proposed Virginia Class and Nationwide Class against Defendants.

159.    As discussed above, Defendants provided Plaintiff and Virginia and Nationwide Class members with false or misleading material information and failed to disclose material facts about the Amazon Subscriptions and their associated automatic renewal terms, including terms regarding Defendants' cancellation policy, the applicable recurring subscription price to be charged to Plaintiff's Payment Method, the duration of the renewal term, and related billing practices and policies.  These misrepresentations and omissions were made by Defendants with knowledge of their falsehood.

160.    The misrepresentations and omissions made by Defendants, upon which Plaintiff and Class members reasonably and justifiably relied, were intended to induce, and actually induced, Plaintiff and Class members to purchase the Amazon Subscriptions.

161.    The fraudulent actions of Defendants caused damage to Plaintiff and members of the proposed Classes, who are entitled to damages and other legal and equitable relief as a result.

### PRAYER FOR RELIEF

WHEREFOR, Plaintiff respectfully requests that the Court grant Plaintiff and all members of the proposed class the following relief against Defendants:

  a.  For an order certifying the proposed Classes, naming Plaintiff Adams as representative of the Virginia Class and the Nationwide Class, and appointing Plaintiff's attorneys as Class Counsel to represent the Class;

  b.  For an order declaring Defendants' conduct violates the statutes referenced herein;

  c.  For an order finding in favor of Plaintiff and members of the proposed

Classes on all counts asserted herein;

d.    For actual, compensatory, statutory, and/or punitive damages in amounts to be determined by the Court and/or jury;

e.    For prejudgment interest on all amounts awarded;

f.    For an order of restitution and all other forms of equitable monetary relief;

g.    For injunctive relief as pleaded or as the Court may deem proper;

h.    For an order awarding Plaintiff and Class members their reasonable attorneys' fees, expenses, and costs of suit; and

i.    For an order granting such other relief as is just and appropriate.

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of any and all issues so triable.

Dated: February 27, 2023

Respectfully submitted,

**SILVERMAN | THOMPSON | SLUTKIN | WHITE LLC**

By:    */s/ Pierce C. Murphy*
Pierce C. Murphy (Va. Bar No. 87842)
Silverman | Thompson | Slutkin | White LLC
400 East Pratt St., Suite 900
Baltimore, Maryland 21202
Phone: (410) 385-2225
Facsimile: (410) 547-2432
pmurphy@silvermanthompson.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant *
Julia K. Venditti *
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
Email: ndeckant@bursor.com
         jvenditti@bursor.com

**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III*
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: fklorczyk@bursor.com

*Attorneys for Plaintiff and the Putative Class*
*\*Pro Hac Vice Application Forthcoming*