THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CYNTHIA ADAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and AMAZON.COM SERVICES LLC,<br><br>Defendants. | Case No.: 2:23-cv-00913-RSM<br><br>**STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE AND ORDER**<br><br><u>Note on Motion Calendar</u>:<br>June 29, 2023 |

**STIPULATED MOTION**

On February 27, 2023, Plaintiff Cynthia Adams filed this Class Action Complaint in the Western District of Virginia. On April 10, 2023, Amazon moved to transfer this case from the Western District of Virginia to the Western District of Washington. On June 14, 2023, the Honorable Judge Elizabeth Dillon granted Amazon's motion to transfer (Dkt. 22), and the case was transferred to this District on June 16, 2023. Dkt. 23.

It is Amazon's position that this case is related to three other actions pending before this Court: *Daly v. Amazon.com, Inc., et al.*, No. 2:22-cv-00910-RSM; *Dorobiala v. Amazon.com, Inc.*, No. 2:22-cv-001600-RSM; and *Nicholas v. Amazon.com, Inc.*, No. 2:22-cv-01616-RSM ("Related Actions"). Amazon's motion to consolidate the Related Actions in *Daly*, the first-filed case, has been fully briefed since February 2023. Amazon intends to file a motion to supplement its pending motion to consolidate in *Daly* to include this action. Therefore, the parties have

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-00913-RSM

- 1 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

conferred, and Plaintiff's counsel has agreed to extend the time for Defendants to respond to the Complaint until after the Court has ruled on the motion to consolidate in *Daly*. If the Court denies the motion to consolidate in *Daly*, Defendants request that their response to the Complaint be due thirty (30) days after the denial. If the Court grants Amazon's motion in *Daly*, and does not issue a new case schedule, the parties will meet and confer on a schedule for Amazon's responsive pleading.

Dated: June 29, 2023

Respectfully submitted,
FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:    206.389.4510
Email:           bbuckley@fenwick.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*

CARSON NOEL PLLC

By: */s/ Wright A. Noel*
Wright A. Noel (State Bar No. 25264)

20 Sixth Avenue NE
Issaquah, WA 98027
Telephone:    425.837.4717
Email:           wright@carsonnoel.com

*Local Counsel for Plaintiff and the Putative Class*

BURSOR & FISHER, P.A.
Neal J. Deckant (*pro hac vice* forthcoming)
Julia K. Venditti (*pro hac vice* forthcoming)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:    925.300.4455
Email:           ndeckant@bursor.com
                      jvenditti@bursor.com

BURSOR & FISHER, P.A.
Frederick J. Klorczyk III (*pro hac vice*

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-00913-RSM

- 2 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON  98101

forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: 646.837.7150
Email: fklorczyk@bursor.com

*Attorneys for Plaintiff and the Putative Class*

STIPULATED MOTION TO EXTEND
RESPONSIVE PLEADING DEADLINE
AND ORDER
CASE NO.: 2:23-CV-00913-RSM

- 3 -

FENWICK & WEST LLP
401 UNION STREET, 5TH FLOOR
SEATTLE, WASHINGTON 98101

**SO ORDERED**.

DATED this 3rd day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

401 Union Street, 5th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile:  206.389.4511
Email:    bbuckley@fenwick.com

*Attorneys for Amazon.com, Inc. and Amazon.com Services LLC*